# COMPOSITE EXHIBIT

# "A"

-E-mails between Lopera (Defendant's Argentine Attorney) and Luna (Contract Agent from the U.S. Department of Treasury)-

CERTIFIED INTERPRETING & TRANSLATING SERVICES, INC.
CERTIFICATE OF ACCURACY
3 Island Avenue 3-H, Miami Beach, F.L. 33139
Ph. (786)888-8636 C. (305)490-9265 F. (305)675-7724
www.certifiedinterpreting-translating.net

I hereby certify that I, María del Pilar Fernández, am a professionally qualified translator, fully versed in the Spanish and English languages. I am a certified court interpreter, holding the Federal Court Interpreter Certification as well as the State of Florida Court Interpreter Certification, and a Master of Arts in Bilingual Legal Interpreting from the University of Charleston in Charleston, South Carolina. I am a member in good standing of the American Translators Association, the Association of Translators and interpreters of Florida and the National Association of Judiciary Interpreters and Translators. I attest that the foregoing is, to the best of my knowledge, ability and belief, a true and correct translation from Spanish into English of the document presented to me written in the Spanish language as the original or as a copy of the original.

Document Translated is as follows:

**Exhibit "A" –E-mails between Lopera (Defendant's Argentine Attorney and Luna**

Miami-Dade County, Florida, this sixth (28th) day of April, two thousand sixteen (2017).

MARIA DEL PILAR FERNANDEZ

STATE OF FLORIDA )
MIAMI-DADE COUNTY )

Sworn to (or affirmed) and subscribed before me this 28th day of April, 2017, by Maria del Pilar Fernandez.

Produced Identification ✓ Type of Identification Produced: P655-544-82-552-1

Signature of Notary Public-State of Florida Notary Seal:

Kimberly Acevedo
COMMISSION #FF924454
EXPIRES: October 24, 2019
WWW.AARONNOTARY.COM

Eduhe [illegible] 66- Yahoo! Mail

Page 1 of [cut off text]

Make [illegible] your [illegible] page [illegible text]

WHAT'S NEW Roberto Luna (54) CONTACTS Update
[Illegible text]

Hi Eduardo Exit Options Help

Search Search in Email Search on the Web

Hide Details

FROM: Roberto Luna Saturday, November 15, 2008 10:36 A.M.

TO: eduhe1966@yahoo.com

Dear Sir:
We will probably have another trip to Bogota in a couple of weeks. I will be travelling with two people who have enough authority to initiate a negotiation with your client. I met with them yesterday, and it looks like there is a lot of interest in the matter. Nonetheless, according to them, Washington will not authorize the meeting with you unless the requirements are met, of which you already are aware, and without any pre-conditions. Your client must prove that there is not only a desire to cooperate but that he is able to do it. This I already knew, because I have experience with these things, but what surprised me was the interest shown by them in this matter. They also told me that they were going to check to see if your client was already in contact with other agencies. If so, I can't interfere and we will consider process finished.

I remind you that any negotiation with this agency would not involve either the Embassy or local authorities. I also inform you that we are moving forward with negotiations with another group (the reason for the trip) who may be able to resolve the need for the 2M that we need to buy. If we resolve it that way, then there it would no longer be any urgency, and there would be no need for the meeting in Bogota. I would have to talk to another group in New York and Houston. I want to be very clear about this, to avoid false expectations. You already know what happened to Salazar.
Regards,
Roberto

Respond to Roberto Luna

[The following text is located at the left margin of document:]
[Illegible]
Tricks and advice for Yahoo mail
Box
Conversations
Draft
Sent
Spam
Trash
Files
Sent
[Illegible]
Notes
Roberto Luna
Available Contacts
Facebook Friends
Applications
Attached Files[Illegible]
Planner
Attached Files
Note Pad

Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Mi Y! Yahoo!

Buscar | Buscar en Mail | Buscar en la Web

LO NUEVO | roberto luna (54) | CONTACTOS | Update

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera

**Carpetas**

Elementos enviados
litigio
Notes
roberto luna

**Contactos disponibles**

**Amigos de Facebook**

**Aplicaciones**

Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

**(Publicidad)**

## Update

Ocultar detalles

**DE:** Roberto Luna

**PARA:** eduhe1966@yahoo.com

Sábado, 15 de noviembre, 2008 10:36 A.M.

Estimado Doctor,
Es probable que tengamos otro viaje a Bogota en un par de semanas. Estare viajando con dos personas quienes tienen suficiente autoridad para iniciar una negociacion con su cliente. Ayer me reuni con ellos y parece que existe bastante interes en el asunto. Sin embargo, segun ellos Washington no autorizaria la reunion con Ud. a menos que se cumplan los requisitos que ya Ud. conoces y sin previa condicion. Su cliente debe probar que no solamente existe un deseo de cooperar sino que lo puede hacer. Eso ya lo sabia yo pues tengo experiencia en estas vainas, pero lo que me sorprendio fue el demostrado interes de parte de ellos en este asunto. Tambien me dijeron que iban a chequear a ver si ya su cliente estaba en contacto con otras agencias. De ser asi, no puedo interferir y damos por terminado este proceso.

Le recuerdo que cualquier negociacion con esta agencia no involucraria ni la Embajada ni las autoridades locales. Tambien le informo que estamos adelantando negociaciones con otro grupo (razon del viaje) quienes a lo mejor nos resuelvan la necesidad de los 2M que necesitamos comprar. Si resolvemos por ese lado entonces ya no existiria la urgencia y no habria necesidad de la reunion en Bogota. Me tocaria convesar con otro grupo en New York y Houston. En eso quiero ser bien claro para evbitar falsas expectativas. Ya Ud sabe lo que le paso a Salazar.
Saludos,
Roberto

Responder a Roberto Luna

iFOREX
Juan, Bogotá
Mis gastos:
$1150
Mis ingresos:
$700
Puedes creer que ahorré:
$1562
Aprende como esto es posible

¡Liberate de los anuncios! Prue... Mail Plus

Hide details

RE: RESPONSE Monday, November 24, 2008 5:34 P.M.

FROM: ROBERTO LUNA

TO: eduhe1966@YAHOO.COM

Hi, Ed,

Send me the name and telephone number of the lawyer (in Miami?) and I will ask for approval from my superiors for the meeting mentioned. Once the meeting is approved, the only thing that I can do is repeat the same thing that I explained to you in Bogota and perhaps I won't be able to explain so much out of fear of compromising the integrity of our projects.

Thank you for your message.

Regards,

Roberto

....................................................................................................

On 11/24/08, Eduardo Hernandez,< eduhe1966@yahoo.com> wrote:
HELLO, ROBERTO

I HAVE COMMUNICATED WITH MY CLIENT ON TWO OCCASIONS AND DURING THE LAST ONE HE CONFIRMED TO ME HIS DESIRE TO ENTER INTO THE PROJECT AND COOPERATE. HE NEEDED TO CLARIFY A QUESTION, WHICH I WAS ABLE TO CLARIFY AND HE HAS TOLD ME TO COORDINATE WITH YOU A MEETING WITH THE AMERICAN LAWYER TO DEFINE ALL THE DETAILS OF THE MATTER.

I AWAIT YOUR RESPONSE

cHAO.

---

MTV 2008 Awards
Exclusive ! Photos, nominees, videos and lots more! br> See it here http://mtvia.yahoo.com/

Respond to Roberto Luna Send
http:// [cut off text]

**Re: respuesta**

Ocultar detalles

DE: Roberto Luna

PARA: eduhe1966@yahoo.com

Lunes, 24 de noviembre, 2008 5:34 P.M.

Hola Ed,

Envieme el nombre y telefono del abogado (en Miami ?) y pedire aprobacion a mis superiores para la mencionada reunion. De ser aprobada la reunion lo unico que puedo hacer es repetirle lo mismo que le explique a Ud. en Bogota y a lo mejor ni siquiera le pueda explicar tanto por temor a comprometer la integridad de nuestros proyectos.

Gracias por su mensaje.

Saludos,

Roberto

On 11/24/08, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:

HOLA ROBERTO.

ME HE COMUNICADO CON EL CLIENTE EN DOS OPORTUNIDADES Y EN LA ULTIMA ME CONFIRMO SU DESEO DE ENTRAR EN EL PROYECTO, Y COOPERAR. A EL LE ASISTIA UNA DUDA LA CUAL ACLARE Y ME DICE QUE COORDINE CON UD, UNA REUNION CON SU ABOGADO AMERICANO PARA DEFINIRTODOS LOS PORMENORES DEL ASUNTO.

ESPERO SU RESPUESTA.

cHAO.

---

Premios MTV 2008
¡En exclusiva! Fotos, nominados, videos, y mucho más!br>Mira aquí http://mtvla.yahoo.com/

Responder a Roberto Luna

[Illegible] Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends

Applications
Attach Files- Lar...
Calendar
Attached files
Notepad
Photos
(Ads)

eduhe1966-Yahoo! Mail Page 1 of 2

[Illegible] Hi Eduardo Exit Options Help Make Y! your homepage My Y! Yahoo!

| Search | Search in Mail | Search the Web |
|---|---|---|

| WHAT'S NEW | Roberto luna (54) | CONTACTS | Client Meeting |
|---|---|---|---|

Client Meeting Hide details

FROM Roberto Luna Sunday, December 14, 2008 2:41 P.M.

TO: eduhe1966@yahoo.com

Mr. Eduardo:

Given that there no longer exists the urgency to receive funds (I obtained the $2 million from another source) I would like to inform you that I was able to convince my superiors to meet with your client in mid- January, 2009 with no pre-conditions. . My superiors and I will be arriving in Bogota first, and they will later go to the location of the meeting. I will not be present but it would be good if you were attended.

In any event , I would like to talk with you in Bogota and address the topic of other clients of yours who have similar needs.

Cordial regards,

Roberto.

http:// [cut off text]

Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Mi Y! Yahoo!

Buscar | Buscar en Mail | Buscar en la Web

LO NUEVO | roberto luna (54) | CONTACTOS | Reunion Cliente

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papolera

**Carpetas**
Elementos enviados
litigio
Notes
roberto luna

**Contactos disponibles**

**Amigos de Facebook**

**Aplicaciones**
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

**(Publicidad)**

## Reunion Cliente

Ocultar detalles

**DE:** Roberto Luna

Domingo, 14 de diciembre, 2008 2:41 P.M.

**PARA:** eduhe1966@yahoo.com

Don Eduardo,

Debido a que ya no existe la urgencia para recibir fondos (consegui los $2 milloners de otra fuento) le comunico que logre convencer a mis superiores para que se reunieran con su cliente a mediados de Enero 2009 sin previas condiciones. Mis superiores y yo llegaremos a Bogota primero y luego ellos saldran para el sitio de la reunion. Yo no estare presente pero seria bueno que Ud. asistiera.

De todas maneras me gustaria conversar con Ud. en Bogota y tratar el tema de otros clientes suyos que tengan necesidades similares.

Atentos saludos,

Roberto



[Illegible] Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends

Applications
Attach Files- Lar...
Calendar
Attached files
Notepad
Photos
(Ads)

Re: Client Meeting Hide details

FROM : Eduardo Hernandez Wednesday, January 7, 2009 9:28 A.M.

TO: Roberto Luna

Hi Roberto, I hope you and your family are well . Happy New Year to you and may all your work be fruitful is my wish for you.

I would like to inform you that I have spoken with the client several times about the meeting this month, and in regard to same I would like to inform you that as soon as the attorney who will represent mr. lópez returns from his vacation, I will inform you of all of the meeting details.

Have a nice day.

--On Sun Dec-14-08, Roberto Luna ticoluna999@gmail.com
Re: Client Meeting
To: eduhe1966@yahoo.com
Date: Sunday, December 14, 2008, 2:41 pm

Mr. Eduardo:

Given that there no longer exists the urgency to receive funds (I obtained the $2 million from another source) I would like to inform you that I was able to convince my superiors to meet with your client in mid- January, 2009 with no pre-conditions. . My superiors and I will be arriving in Bogota first, and they will later go to the location of the meeting. I will not be present but it would be good if you were attended.

In any event , I would like to talk with you in Bogota and address the topic of other clients of yours who have similar needs.

Cordial regards,

Roberto.
http:// [cut off text]

Happy Holidays!
Send an electronic card to your friends and family wishing them happy holidays for free. Br>Send it here http://yahoomorado.com/tarjetas/

Respond to eduhe1966@yahoo.com Send

**Re: Reunion Cliente**

Ocultar detalles

**DE:** Eduardo hernandez

**PARA:** Roberto Luna

Miércoles, 7 de enero, 2009 9:28 A.M.

Hola Roberto, espero se encuentre bien al igual que su familia. Un feliz año para usted y que todas sus labores sean provechosas es mi deseo.

Me permito informarle que he hablado varias veces con el cliente, sobre la reunion de este mes, y al respecto me permito informarle que tan pronto el abogado que representará al señor lópez, regrese de vacaciones, le informaré sobre todos los pormenores de la reunión.

Feliz dia.

--- El **dom 14-dic-08, Roberto Luna** ***<ticoluna999@gmail.com>*** escribió:

> De: Roberto Luna <ticoluna999@gmail.com>
> Asunto: Reunion Cliente
> A: eduhe1966@yahoo.com
> Fecha: domingo, 14 diciembre, 2008, 2:41 pm
>
> Don Eduardo,
>
> Debido a que ya no existe la urgencia para recibir fondos (consegui los $2 milloners de otra fuente) le comunico que logre convencer a mis superiores para que se reunieran con su cliente a mediados de Enero 2009 sin previas condiciones. Mis superiores y yo llegaremos a Bogota primero y luego ellos saldran para el sitio de la reunion. Yo no estare presente pero seria bueno que Ud. asistiera.
>
> De todas maneras me gustaria conversar con Ud. en Bogota y tratar el tema de otros clientes suyos que tengan necesidades similares.
>
> Atentos saludos,
>
> Roberto

---

¡Felices Fiestas!
¡Envíale una tarjeta electronica gratis a tu familia y amigos y deseales felices fiestas. br>Envia aquí http://yahoomorado.com/tarjetas/

Responder a eduhe1966@yahoo.com

Enviar

[Illegible] Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends

Applications
Attach Files- Lar...
Calendar
Attached files
Notepad
Photos
(Ads)

eduhe1966-Yahoo! Mail Page 1 of 2

[Illegible] Hi Eduardo Exit Options Help Make Y! your homepage My Y! Yahoo!

| Search | Search in Mail | Search the Web |
|---|---|---|

| WHAT'S NEW | Roberto luna (54) | CONTACTS | Re: Client Meeting |
|---|---|---|---|

Re: Client Meeting Hide details
FROM Roberto Luna Wednesday, January 7, 2009 6:26 P.M.
TO: eduhe1966@yahoo.com

Mr. Eduardo:

I wish you a happy and prosperous 2009 as well. As you must know there was a bit of a delay in receiving some of your client's information and that has set back the meeting date a little. I will be able to tell you an approximate date on Friday.

I didn't understand your message very well. Which details of which meeting are you going to give me? When will your client's USA attorney return?

My superiors initially were refusing to meet with your client's attorney in the USA. They consider it much more important that you as well as the American attorney are at the meeting with your client. After a lot of correspondence between your client's friend and me he clarified to me that the only thing that his client wanted was that his attorney in the USA confirm that my superiors (the two agents who will attend the meeting with your client) really were special agents of the government of the USA. My superiors accepted to talk with said attorney and they asked me for his name and phone number. I am waiting for that information.

Apparently your client has conditioned the meeting on the conversation between my superiors and his attorney in the USA and I believe that therefore believe my superiors suspended the trip. But I'm not sure. Several authorizations and permissions are required for their trip and that takes time. You need to understand that they will not make the effort without having absolute certainty that your client will attend the meeting.

Cordial regards,
Roberto
Hi Roberto, I hope you and your family are well . Happy New Year to you and may all your work be fruitful is my wish for you.

I would like to inform you that I have spoken with the client several times about the meeting this month, and in regard to same I would like to inform you that as soon as the attorney who will represent mr. lópez returns from his vacation, I will inform you of all of the meeting details.

http:// [cut off text]



Hola Eduardo   Salir   Opciones   Ayuda

Haz de Y! tu página de inicio   Mi Y!   Yahoo!

Buscar   Buscar en Mail   Buscar en la Web

LO NUEVO   roberto luna (54)   CONTACTOS   Re: Reunion Cliente

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera
Carpetas
Elementos enviados
litigio
Notes
roberto luna
Contactos disponibles
Amigos de Facebook
Aplicaciones
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

(Publicidad)

## Re: Reunion Cliente

Ocultar detalles

**DE:** Roberto Luna

Miércoles, 7 de enero, 2009 6:26 P.M.

**PARA:** eduhe1966@yahoo.com

Don Eduardo,

Tambien le deseo un feliz y prospero 2009. Como Ud. debe saber hubo cierta demora en recibir algunos datos de su cliente y eso ha retrasado un poco la fecha de la reunion. El viernes podre decirle una fecha aproximada.

No entendi bien su mensaje. Cuales pormenores de que reunion me va a dar? Cuando regresa el abogado en USA de su cliente?

Inicialmente mis superiores se negaban a reunirse con el abogado de su cliente en USA, Ellos consideran mucho mas importante que tanto Ud. como el abogado norteamericano esten en la reunion con su cliente. Despues de bastante correspondencia entre el amigo de su cliente y yo el me aclaro que lo unico que su cliente deseaba era que su abogado en USA constatara que mis superiores (los dos agentes que asistiran a la reunion con su cliente) eran realmente agentes especiales del gobierno federal de USA. Mis superiores aceptaron hablar con dicho abogado y me pidieron el nombre y telefono. Estoy esperando ese dato.

Aparantemente su cliente ha condicionado la reunion a la conversacion entre mis superiores y el abogado en USA y por lo tanto creo que mis superiores suspendieron la gestion del viaje. Pero no estoy seguro. Se requieren varias autorizaciones y permisos para el viajo de ellos y eso toma tiempo. Ud. debe entender que ellos no hacen ese esfuerzo sin tener absoluta seguridad de que su cliente asistira a la reunion.

Atentos saludos,

Roberto

On 1/7/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:

Hola Roberto, espero se encuentre bien al igual que su familia. Un feliz año para usted y que todas sus labores sean provechosas es mi deseo.

Me permito informarle que he hablado varias veces con el cliente, sobre la reunion de este mes, y al respecto me permito informarle que tan pronto el abogado que representará al señor lópez, regrese de vacaciones, le informaré sobre todos los pormenores de la reunión.

[Illegible] Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
Applications
Attach Files- Lar...
Calendar
Attached files
Notepad
Photos
(Ads)

eduhe1966-Yahoo! Mail Page 1 of 2
[Illegible] Hi Eduardo Exit Options Help Make Y! your homepage

| Search | Search in Mail | Search the Web |
|---|---|---|

| WHAT'S NEW | Roberto luna (54) | CONTACTS | Client Meeting |
|---|---|---|---|

Re: Meeting with Client Hide details
Wednesday, January 14, 2009 7:46 P.M.

FROM: Eduardo Hernandez
TO: Roberto Luna

GOOD EVENING ROBERTO,

YOU KNOW THAT I REALLY WANT THE CLIENT ENTER INTO THE PROCESS THAT YOU HAVE OFFERED HIM. UP TO NOW HE IS VERY CONVINCED HE SHOULD COOPERATE. IT IS ONLY THAT HIS LAWYER HAS NOT YET RETURNED FROM HIS VACATION, I BELIEVE, AS I WAS TOLD BY HIS OFFICE, THAT HE WILL RETURN THIS WEEK.

I WILL KEEP YOU INFORMED OF WHAT IS HAPPENING IN REGARD TO THIS MATTER.
HAVE A NICE EVENING.

..............................................................................

On Sat Jan- 10 -2009, Roberto Luna < ticoluna@gmail.com> wrote:

From: Roberto Luna< ticoluna@gmail.com>
4Re: /Re: Meeting with client
To: eduhe1966@yahoo.com
Date: Sat Jan 10, 2009 10:19 am

Hi Mr. Eduardo:

As I promised you yesterday during the weekly meeting, I have been informed that the preparations for the trip had been canceled, and that the earliest the agents could travel to the meeting would be in mid-February, 2009.

Greetings,
Roberto
On 1/8/09 Eduardo Hernandez <eduhe1966@yahoo.com> wrote:

Look, there are no minor details. It's simply that the American attorney has not come back from his vacation and I have not been able to contact him. I need to talk to him about the meeting that he going to have with the agents or your superiors with the purpose of confirming the reality of same.

Once it is confirmed, I am sure that the process and my client's cooperation will be effective [cut off]

[Advertisement at right margin of document :] FOREX Juan, Bogota My expenses: $1150 My income: $700 Can you believe I saved : $1562 [photographic image] > Find out how this is possible<



Hola Eduardo   Salir   Opciones   Ayuda   Haz de Y! tu página de inicio   Mi Y!   Yahoo!

Buscar   Buscar en Mail   Buscar en la Web

LO NUEVO   roberto luna (54)   CONTACTOS   Re: Reunion Cliente

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera
Carpetas
Elementos enviados
litigio
Notes
roberto luna
Contactos disponibles
Amigos de Facebook
Aplicaciones
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

(Publicidad)

## Re: Reunion Cliente

Ocultar detalles

DE: Eduardo hernandez

PARA: Roberto Luna

Miércoles, 14 de enero, 2009 7:46 P.M.

BUENAS NOCHES ROBERTO,

SABE QUE TENGO MUCHOS DESEOS DE QUE EL CLIENTE ENTRE EN EL PROCESOQUE LE OFREGES, HASTA AHORA EL ESTA MUY CONVENCIDO DE COOPERAR, SOLO QUE EL ABOGADO AUN N O REGRESA DE SUS VACACIONES, CREO SEGUN ME DIJERON EN SU OFICINA QUE ESTA SEMANA LLEGA.
ESTARE ATENTO A COMUNICARTE LO QUE PASE CON ESE ASUNTO.
FELIZ NOCHE.

— El sáb 10-ene-09, Roberto Luna <*ticoluna999@gmail.com*> escribió:

> De: Roberto Luna <ticoluna999@gmail.com>
> Asunto: Re: Reunion Cliente
> A: eduhe1966@yahoo.com
> Fecha: sábado, 10 enero, 2009, 10:19 am
>
> Hola Don Eduardo,
>
> Como le habia prometido ayer durante la reunion semanal me informaron que las gestiones del viaje habian sido suspendidas y que lo mas temprano que podian los agentes viajar a la reunion seria a mediados de Febrero 2009.
>
> Saludos,
>
> Roberto
>
> On 1/8/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:
> Hola Roberto, buen dia.
>
> Mira no existen pormenores, simplemente el abogado americano aún no regresa de sus vacaciones y no he ´podido contactarlo, debo hablarle sobre la reunion que va a tener el con los agentes o tus superiores a efectos de constatar la realidad sobre los mismos. Una vez se constate esto seguro el tramite y la cooperación de mi cliente va a ser efectiva.

[Illegible]
Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
[cut off text]

eduhe1966-Yahoo! Mail Page 1 of 2

! Hi Eduardo Exit Options Help Make Y! your homepage

| Search | Search in Mail | Search [cut off text] |
|---|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | In re:Client Meeting |
|---|---|---|---|

In re: Meeting with Client

Hide details
Saturday, January 17 [cut off text]

FROM: Roberto Luna
TO: eduhe1966@yahoo.com

How are you Mr. Eduardo,

Thank you for the information. Your client's friend sent me the information about the attorney and I sent it to m[cut off text] They should be calling him at any moment. We will be travelling to Bogota the week [cut off text] February with other matters and if everything goes well , the two special agents will leave from Bog [cut off text] for the meeting.

Regards,
Roberto.

On 1/14/09 Eduardo Hernandez <eduhe1966@yahoo..com> wrote:
GOOD EVENING ROBERTO,

YOU KNOW THAT I REALLY WANT THE CLIENT ENTER INTO THE PROCESS THAT YOU HAVE OFFERED HIM. UP TO NOW HE IS VERY CONVINCED HE SHOULD COOPERATE. IT IS ONLY THAT HIS LAWYER HAS NOT YET RETURNED FROM HIS VACATION, I BELIEVE, AS I WAS TOLD BY HIS OFFICE, THAT HE WILL RETURN THIS WEEK.
[cut off text]

Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Buscar B

LO NUEVO | roberto luna (54) | CONTACTOS | Re: Reunion Cliente

Trucos y consejos para Yahoo! Mail

Buzón

Conversaciones

Borradores

Enviados

Spam

Papelera

**Carpetas**

Elementos enviados

litigio

Notes

roberto luna

**Contactos disponibles**

**Amigos de Facebook**

## Re: Reunion Cliente

**DE:** Roberto Luna

Sábado, 17 de ene

**PARA:** eduhe1966@yahoo.com

Como esta Don Eduardo,

Gracias por el dato. El amigo de su cliente me envio la informacion del abogado y la pase a m
Ellos lo deben estar llamando en cualquier momento. Estaremos viajando a Bogota la semana
Febrero en otros asuntos y si todo marcha bien los dos agentes especiales saldran desde Bog
la reunion.

Saludos,

Roberto

On 1/14/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:

BUENAS NOCHES ROBERTO,

SABE QUE TENGO MUCHOS DESEOS DE QUE EL CLIENTE ENTRE EN EL PROCESO
OFRECES, HASTA AHORA EL ESTA MUY CONVENCIDO DE COOPERAR, SOLO QUE
ABOGADO AUN N O REGRESA DE SUS VACACIONES, CREO SEGUN ME DIJERON EI
OFICINA QUE ESTA SEMANA LLEGA.

eduhe1966-Yahoo! Mail Page 1 of 2

! Hi Eduardo Exit Options Help Make Y! your homepage My Y!

| Search | Search in Mail | Search [cut off text] |
|---|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | In re:Client Meeting |
|---|---|---|---|

In re: Meeting with Client Hide details

FROM: Eduardo Hernandez Monday January 19, 2009 12:00 P.M.

TO: Roberto Luna

Hi roberto, I would like you to have the email address of my client's attorney so that you guys can coordinate the first meeting and know exactly which projects are that the client is to follow up on..

His name is Omar Lopera. Email address: odlopera@gmail.com

- On Sat Jan-17- 09 Roberto Luna <ticoluna999@gmail.com> wrote:

From Roberto Luna<ticoluna999@gmail.com>
Re: Re: Meeting with Client
To: eduhe1966@yahoo.com
Date: Saturday, January 17, 2009 at 7:49 am.
How are you Mr. Eduardo,

Thank you for the information. Your client's friend sent me the information about the attorney and I sent it to m[cut off text] They should be calling him at any moment. We will be travelling to Bogota the week [cut off text] February with other matters and if everything goes well , the two special agents will leave from Bog [cut off text] for the meeting.

Regards,

Roberto.

On 1/14/09 Eduardo Hernandez < eduhe1966@yahoo..com> wrote:

GOOD EVENING ROBERTO,

YOU KNOW THAT I REALLY WANT THE CLIENT ENTER INTO THE PROCESS THAT YOU HAVE OFFERED HIM. UP TO NOW HE IS VERY CONVINCED HE SHOULD COOPERATE. IT IS ONLY THAT [CUT OFF TEXT]

Hola Eduardo  Salir  Opciones  Ayuda

Haz de Y! tu página de inicio  Mi Y!

Buscar  Buscar en Mail  Buscar en

LO NUEVO  roberto luna (54)  CONTACTOS  Re: Reunion Cliente

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera
**Carpetas**
Elementos enviados
litigio
Notes
roberto luna
**Contactos disponibles**
**Amigos de Facebook**
**Aplicaciones**
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

## Re: Reunion Cliente

Ocultar detalles

**DE:** Eduardo hernandez

Lunes, 19 de enero, 2009 12:00 P.M.

**PARA:** Roberto Luna

Hola roberto, deseo que tengas el correo del abogado de mi cliente para que puedan coordinar la primera cita y saber exactamente cuales son los proyectos a seguir por parte del cliente.

Se llama Omar Lopera. Correo: odlopera@mail.com

--- El sáb 17-ene-09, **Roberto Luna** ***<ticoluna999@gmail.com>*** escribió:

> De: Roberto Luna <ticoluna999@gmail.com>
> Asunto: Re: Reunion Cliente
> A: eduhe1966@yahoo.com
> Fecha: sábado, 17 enero, 2009, 7:49 am
>
> Como esta Don Eduardo,
>
> Gracias por el dato. El amigo de su cliente me envio la informacion del abogado y la pase a mis superiores. Ellos lo deben estar llamando en cualquier momento. Estaremos viajando a Bogota la semana del 8 de Febrero en otros asuntos y si todo marcha bien los dos agentes especiales saldran desde Bogota al sitio de la reunion.
>
> Saludos,
>
> Roberto
>
> On 1/14/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:
> BUENAS NOCHES ROBERTO,
>
> SABE QUE TENGO MUCHOS DESEOS DE QUE EL CLIENTE ENTRE EN EL PROCESOQUE LE OFRECES, HASTA AHORA EL ESTA MUY CONVENCIDO DE COOPERAR, SOLO QUE EL

[Illegible] Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
[Cut off text]

eduhe1966-Yahoo! Mail Page 1 of 2

! Hi Eduardo Exit Options Help Make Y! your homepage

| Search | S [cut off text] |
|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | Re:Client Meeting |
|---|---|---|---|

Re: Client Meeting Hide details

Re: Reunion with client Monday, Jan 19[cut of text]
FROM: Roberto Luna
TO: eduhe1966@yahoo.com

Dear Mr. Eduardo:

Over a week ago, our client's friend sent me the name of an attorney Spicacci-Citarella in New York who would represent your client. Who should we contact, Spicacci or Omar Lopera?

Regards,

Roberto

On 1/19/09 Eduardo Hernandez <eduhe1966@yahoo.com> wrote:

Hi roberto, I would like you to have the email address of my client's attorney so that you guys can coordinate the first meeting and know exactly which projects are that the client is to follow up on..

His name is Omar Lopera. Email address: odlopera@gmail.com

- On Sat Jan-17- 09 Roberto Luna <ticoluna999@gmail.com> wrote:

[Cut off text]

Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Buscar B

LO NUEVO | roberto luna (54) | CONTACTOS | Re: Reunion Cliente

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera
**Carpetas**
Elementos enviados
litigio
Notes
roberto luna
**Contactos disponibles**
**Amigos de Facebook**

## Re: Reunion Cliente

**DE:** Roberto Luna

Lunes, 19 de ene

**PARA:** eduhe1966@yahoo.com

Estimado Don Eduardo,

Hace mas de una semana el amigo de su cliente me habia enviado el nombre de un abogado Spicacci-Citarella en New York quien representaria a su cliente. A quine debemos contactar, a Spicacci o al Omar Lopera?

Saludos,

Roberto

On 1/19/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:

Hola roberto, deseo que tengas el correo del abogado de mi cliente para que puedan coordi cita y saber exactamente cuales son los proyectos a seguir por parte del cliente.

Se llama Omar Lopera. Correo: odlopera@mail.com

— El **sáb 17-ene-09, Roberto Luna** <*ticoluna999@gmail.com*> escribió:

[Illegible] Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
[Cut off text]

eduhe1966-Yahoo! Mail Page 1 of 2

! Hi Eduardo Exit Options Help Make Y! your homepage

| Search | S [cut off text] |
|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | Re:Client Meeting |
|---|---|---|---|

Re: Client Meeting

FROM: Eduardo Hernandez Monday, Jan 19[cut of text]

TO: Roberto Luna

Look Roberto, based on my last conversation with my client at the beginning of December it was agreed [cut off text] representation would be Omar Lopera. Your announcing attorney Spicacci surprises me . I consul[cut off text] inform, I doubt he has been named.

--On Mon Jan-19-09 , Roberto Luna < *ticoluna999@gmail.com*> wrote:

Saturday, January 17 [cut off text]

From: Roberto Luna <*ticoluna999@gmail.com*>
Re:Re: Client Meeting
To: eduhe1966@yahoo.com
Date: Monday, January 19, 2009, 2:32pm

Dear Mr. Eduardo,
Over a week ago your client's friend sent me the name of an attorney Aldo Spicacci-Citarella in New York who would represent your client. Who should we cont[cut off text] ATTY Spicacci or Omar Lopera?

Regards,
[cut off text]

Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Buscar

LO NUEVO | roberto luna (54) | CONTACTOS | Re: Reunion Cliente

Trucos y consejos para Yahoo! Mail

Buzón

Conversaciones

Borradores

Enviados

Spam

Papelera

**Carpetas**

Elementos enviados

litigio

Notes

roberto luna

**Contactos disponibles**

**Amigos de Facebook**

## Re: Reunion Cliente

**DE:** Eduardo hernandez

Lunes, 19 de ene

**PARA:** Roberto Luna

mira roberto, segun la ultima conversacion con mi cliente a principios de diciembre se acordó representación la haria Omar lopera. me sorprende su anuncio del doctor Spicacci. lo consul informo, dudo de ese nombramiento.

--- El **lun 19-ene-09, Roberto Luna *<ticoluna999@gmail.com>*** escribió:

> De: Roberto Luna <ticoluna999@gmail.com>
> Asunto: Re: Reunion Cliente
> A: eduhe1966@yahoo.com
> Fecha: lunes, 19 enero, 2009, 2:32 pm
>
> Estimado Don Eduardo,
>
> Hace mas de una semana el amigo de su cliente me habia enviado el nombre de un abogac Aldo Spicacci-Citarella en New York quien representaria a su cliente. A quine debemos con DR. Spicacci o al Omar Lopera?
>
> Saludos,

Photos
(Ads)
Eduhe [illegible] 66- Yahoo! Mail



Make Y! your start page [Illegible]

Hi Eduardo Exit Options Help

Search Search in Email Search on [illegible]

WHAT'S NEW Roberto Luna (54) CONTACTS ATTORNEY.

[Illegible text]

ATTORNEY. Hide Details

FROM: Eduardo hernandez Wednesday, January 21, 2009 9:30 A.M.

TO: Roberto Luna

Hello Roberto, I talked to the client today and he confirmed to me specifically that the attorney that he initially hired to talk to you is attorney Spiccaci, and not Omar Lopera. His argument was that at the beginning of the month you all requested the presence of an attorney and since attorney Omar hadn't returned from vacation, that is the reason he requested Spiccaci's services.

You should coordinate the meeting to start this process with him. I am attentive to this and I await your comments.

---

Everything about the Mexican Soccer League!
Statistics, scores, schedule, photos and more:
http://espanol.sports.yahoo.com/

Respond to eduhe1966@yahoo.com [illegible]

[The following text is located at the left margin of document:]
[Illegible]
Tricks and advice for Yahoo! mail
Box
Conversations
Draft
Sent
Spam
Trash
Files
Sent
Notes
robertolLuna
Available Contacts
Facebook Friends
Applications
Attached Gra... Files
Planner
Attached Files
Note Pad
Photos

Hola **Eduardo** Salir Opciones Ayuda

**Haz de Y! tu página de inicio** Mi Y!

Buscar **Buscar en Mail** **Buscar en**

**LO NUEVO** | **roberto luna (54)** | **CONTACTOS** | **ABOGADO.**

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera

**Carpetas**

Elementos enviados
litigio
Notes
roberto luna

**Contactos disponibles**

**Amigos de Facebook**

**Aplicaciones**

Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

## ABOGADO.

Ocultar detalles

**DE:** Eduardo hernandez

Miércoles, 21 de enero, 2009 9:30 A.M.

**PARA:** Roberto Luna

Hola Roberto, hoy hable con el cliente y me confirmo exactamente que elabogado que inicialmente el habia contratado para hablar con ustedes es el Doctor Spiccaci, y no Omar Lopera. El argumento de él fue que en principios del mes ustedes solicitaron la presencia del abogado y como el Doctor Omar no habia llegado de vaciones, por esa razón solicito los servicios de Spiccaci.

Con él deben coordinar la reunión para iniciar este tramite, estoy atento y espero sus comentarios.

---

¡Todo sobre la Liga Mexicana de fútbol!
Estadisticas, resultados, calendario, fotos y más:
http://espanol.sports.yahoo.com/

Responder a eduhe1966@yahoo.com

[Illegible]
Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
Applications
Attach Files-Lar...
Calendar
Attached files
Notepad
Photos
(Ads)

eduhe1966-Yahoo! Mail

! Hi Eduardo Exit Options Help Make Y! your homepage My Y! Yahoo!

| Search | Search in Mail | Search the Web |
|---|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | Re:Client Meeting |
|---|---|---|---|

Re: ATTORNEY Hide details

FROM:Roberto Luna Friday, January 23, 2009 3:51 P.M.

TO:eduhe1966@yahoo.com

How are you Eduardo,

My immediate supervising agent called attorney Spicacci this afternoon. Attorney. Spicacci told him that he wanted to meet with him to talk about your client's case.
They agreed to speak again this Monday to see when Dr. Spicacci can travel to Miami.

I don't know what the purpose of the meeting is because as I have said several times to the agents, they have nothing to talk about with the attorney before listening to your client's presentation. The only thing we are doing is delaying the meeting with your client, which will now not take place in February. We don't have a date at this time because the travel authorizations to Buenos Aires haven't been requested yet.

The two agents and I will be in Bogota in mid-February dealing with other matters. Let me know if you would like to meet with me again.

Cordial regards,

Roberto

On 1/21/09, Eduardo Hernandez eduhe1966@yahoo.com wrote:
Hi, Roberto, I spoke with my client today and he confirmed to me precisely that the attorney he had initially hired to talk to you guys was attorney Spicacci, and not Omar Lopera. His argument was that at the beginning of the month you guys requested the presence of the attorney and since attorney Omar had not returned from his vacation,, that's the reason he requested the services of Spicacci.

It is with him that you guys should coordinate the meeting for this process. I'll be expecting and waiting for your comments.

Everything about the Mexican Soccer League!
Statistics, scores,calendar, photos and more:
http://espanol.sports.yahoo.com/
Be ad free! Try Mail Plus
http:// [cut off text]

Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Mi Y! Yahoo!

Buscar | Buscar en Mail | Buscar en la Web

LO NUEVO | roberto luna (54) | CONTACTOS | Re: ABOGADO.

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera

**Carpetas**
Elementos enviados
litigio
Notes
roberto luna

**Contactos disponibles**

**Amigos de Facebook**

**Aplicaciones**
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

**(Publicidad)**

## Re: ABOGADO.

Ocultar detalles

DE: Roberto Luna

Viernes, 23 de enero, 2009 3:51 P.M.

PARA: eduhe1966@yahoo.com

Como estas Eduardo,

El agente supervisor inmediato mio llamo esta tarde al Dr. Spiccaci. El Dr. Spiccaci le dijo que deseaba reunirse con el para conversar sobre el caso de su cliente. Quedaron en hablar nuevamonte el lunes para ver cuando puede venir el Dr. Spiccaci a Miami.

No se cual es el objeto de la reunion pues como les he dicho varias veces los agentes no tienen nada de que hablar con el abogado antes de escuchar la presentacion de su cliente. Lo unico que estamos haciendo es retrasar la reunion con su cliente pues ya no se llevara a cabo en Febrero. No tenemos fecha en estos momentos pues todavia no se han pedido los permisos de viaje a Buenos Aires.

Los dos agentes y yo estaremos en Bogota a mediados de Febrero en otros asuntos. Me deja saber si Ud. desea reunirse conmigo nuevamente.

Atentos saludos,

Roberto

On 1/21/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:

> Hola Roberto, hoy hable con el cliente y me confirmo exactamente que elabogado que inicialmente el habia contratado para hablar con ustedes es el Doctor Spiccaci, y no Omar Lopera. El argumento de él fue que en principios del mes ustedes solicitaron la presencia del abogado y como el Doctor Omar no habia llegado de vaciones, por esa razón solicito los servicios de Spiccaci.
>
> Con él deben coordinar la reunión para iniciar este tramite, estoy atento y espero sus comentarios.

---

¡Todo sobre la Liga Mexicana de fútbol!
Estadisticas, resultados, calendario, fotos y más:
http://espanol.sports.yahoo.com/

OFERTAS VACACIONES PLANES DESDE USD$199 por persona
CLIC AQUI
@supertravelresorts.com

¡Libérate de los anuncios! Prueba Mail Plus.

! Hi Eduardo Exit Options Help Make Y! your homepage My Y! Yahoo!

| Search | Search in Mail | Search the Web |
|---|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | Re:Client Meeting |
|---|---|---|---|

[NO SUBJECT] Hide details

FROM: Roberto Luna Friday, January 30, 2009 10:39 A.M.

TO: eduhe1966@yahoo.com

Hi Eduardo.

The lawyer from New York has not called again. We don't know when he will travel to Miami. I imagine that he is waiting for money from your client because attorneys here don't do anything unless they have funds in advance. Especially if it's a Colombian client. Next week we will be in Miami but the following week we'll be away. We will be in Colombia and other places for a week. Maybe we'll have time to meet with you in Bogota.
Regards,
Roberto.
On 1/21/09, Eduardo Hernandez eduhe1966@yahoo.com wrote:
Hi, Roberto, I spoke with my client today and he confirmed to me precisely that the attorney he had initially hired to talk to you guys was attorney Spicacci, and not Omar Lopera. His argument was that at the beginning of the month you guys requested the presence of the attorney and since attorney Omar had not returned from his vacation,, that's the reason he requested the services of Spicacci.

It is with him that you guys should coordinate the meeting for this process. I'll be expecting and waiting for your comments.

Everything about the Mexican Soccer League!
Statistics, scores,calendar, photos and more:
http://espanol.sports.yahoo.com/
[cut off text]USD$199 per person CLICK HERE [Image] [logo] supertravelresorts.com
[Advertisement at right margin:] [Image] VACATION SPECIALS PLANS STARTING
Be ad free! Try Mail Plus

Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Mi Y! Yahoo!

Buscar | Buscar en Mail | Buscar en la Web

LO NUEVO | roberto luna (54) | CONTACTOS | Re: ABOGADO.

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera
Carpetas
Elementos enviados
litigio
Notes
roberto luna
Contactos disponibles
Amigos de Facebook
Aplicaciones
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

(Publicidad)

**Re: ABOGADO.**

Ocultar detalles

DE: Roberto Luna

Viernes, 30 de enero, 2009 10:39 A.M.

PARA: eduhe1966@yahoo.com

Hola Eduardo.
El abogado de New York no ha vuelto a llamar. No sabemos cuando viajara a Miami. Imagino que estara esperando plata de tu cliente pues los abogados aqui no se mueven a menos que tengan fondos adelantados, sobre todo si se trata de clientes colombianos. La semana entrante estaremos en Miami pero la siguiente vamos a estar ausentes. La pasaremos en Colombia y otros sitios durante una semana. Tal vez tengamos tiempo para reunirnos con Ud. en Bogota.
Saludos,
Roberto

On 1/21/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:

Hola Roberto, hoy hable con el cliente y me confirmo exactamente que elabogado que inicialmente el habia contratado para hablar con ustedes es el Doctor Spiccaci, y no Omar Lopera. El argumento de él fue que en principios del mes ustedes solicitaron la presencia del abogado y como el Doctor Omar no habia llegado de vaciones, por esa razón solicito los servicios de Spiccaci.

Con él deben coordinar la reunión para iniciar este tramite, estoy atento y espero sus comentarios.

---

¡Todo sobre la Liga Mexicana de fútbol!
Estadisticas, resultados, calendario, fotos y más:
http://espanol.sports.yahoo.com/

OFERTAS VACACIONES
PLANES DESDE
USD$ 199 por persona
CLIC AQUI
@supertravelresorts.com

[Illegible]
Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
Applications
Attach Files-Lar…
Calendar
Attached files
Notepad
Photos
[cut off text]

Mail Page 1 of 2

! Hi Eduardo Exit Options Help Make Y! your homepage My Y! [cut off text]

| Search | Search in Mail | Search the Web |
|---|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | Message |
|---|---|---|---|

[No subject] Hide details

From: Roberto Luna Friday, Jan 30, 2009 9:47 pm

To: eduhe1966@yahoo.com

Hi Eduardo,

My immediate supervisor called the attorney in New York again. The attorney told him that his schedule didn't permit him to travel this week, but that he had plans to come to Miami in the middle of next week.

Kind Regards,

Roberto

Respond to Roberto Luna.
http:// [cut off text]

Hola Eduardo  Salir  Opciones  Ayuda

Haz de Y! tu página de inicio  Mi Y!

Buscar  Buscar en Mail  Buscar en

LO NUEVO  roberto luna (54)  CONTACTOS  Mensaje

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera
**Carpetas**
Elementos enviados
litigio
Notes
roberto luna
**Contactos disponibles**
**Amigos de Facebook**
**Aplicaciones**
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

**[ Sin asunto ]**

Ocultar detalles

DE: Roberto Luna

Viernes, 30 de enero, 2009 9:47 P.M.

PARA: eduhe1966@yahoo.com

Hola Eduardo,

Mi supervisor inmediato decidio llamar al abogado en New York nuevamente. El abogado le dijo que su horario no le habia permitido viajar esta semana pero que tenia planeado venir a Miami a mediados de la semana entrante.

Atentos Saludos,

Roberto

Responder a Roberto Luna  Enviar

eduhe1966-Yahoo! Mail Page 1 of 2

[Illegible] Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
Applications
Attach Files- Lar...
Calendar
Attached files
Notepad
Photos
[cut off text]

! Hi Eduardo Exit Options Help Make Y! your homepage My Y! [cut off text]

| Search | Search in Mail | Search the Web |
|---|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | Message |
|---|---|---|---|

Meeting Hide details
FROM: Roberto Luna Wednesday February 4, 2009 5:51 P.M.
TO: eduhe1966@yahoo.com

Dear Eduardo:

My superiors and the lawyer have met again, and I am informed that the lawyer is satisfied that and he said that he would contact the client.

We are awaiting the response of your friend.

Like I was informing you we will be in Bogota next week. We want to know if you are interested in a meeting with me and other persons. Please let me know when I arrive.

Regards,

Roberto

Respond to Roberto Luna Send
http:// [cut off text]

eduhe1966@yahoo.com Page 2 of 2

Re: Meeting. Hide details

Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Mi Y! Yahoo!

Buscar | Buscar en Mail | Buscar en la Web

LO NUEVO | roberto luna (54) | CONTACTOS | Reunion

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera

Carpetas
Elementos enviados
litigio
Notes
roberto luna

Contactos disponibles

Amigos de Facebook

Aplicaciones

Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

(Publicidad)

## Reunion

Ocultar detalles

**DE:** Roberto Luna

Miércoles, 4 de febrero, 2009 5:51 P.M.

**PARA:** eduhe1966@yahoo.com

Estimado Eduardo,
Mis superiores y el abogado se reunieron ayer y segun me informan el abogado quedo satisfecho y dijo que contactaria a su cliente al respecto.
Quedamos esperando la respuesta de tu amigo.
Como le habia informado estaremos en Bogota la semana entrante. Queremos saber si Ud. esta intersado en reunirse conmigo y/o con el otro personal. Dejeme saber y lo llamo a mi llegada.

Saludos,

Roberto

Responder a Roberto Luna

FROM: Roberto Luna Tuesday, February 17, 2009 6:06P.M.
TO: eduhe1966@yahoo.com

Hi Eduardo,

The agents have informed me that they are only allowed to travel to Bogota and Cartagena for the meeting and that either place suits them. However, they consider that they would not be the safest for your client. They think that the original location or any other country would be best, but that they will meet in Colombia if that is how your client wishes it..

Regards,

Roberto

..................................................

On 2-16-09 Eduardo Hernandez< eduhe1966@yahoo.com> wrote:

As of today I have been able to speak with my client and his response to what we spoke about is that we should organize a meeting here in Colombia on the day and time that you decide.

Regarding the place, he asks that once date and time are agreed to, he can pick the place in Colombia, a place that allows him security.

He told me he was decided and working on the matter.

Looking forward to your response..

LUIS EDUARDO

>Be People en Español's Bello 51!
It is your opportunity to shine! > Upload your photos now : http://www.51bello.com/

[Illegible]
[Advertisement at right margin:] [Image] VACATION SPECIALS PLANS STARTING USD$199 per person CLICK HERE [Image] [logo] supertravelresorts.com

http:// [cut off text]

| [Illegible] Tricks and tips for Yahoo! Mail<br>Inbox<br>Conversations<br>Draft<br>Sent<br>Spam<br>Trash | eduhe1966-Yahoo! Mail Page 1 of 2<br><br>! Hi Eduardo Exit Options Help Make Y! your homepage My Y! [cut off text]<br><br>Search \| Search in Mail \| Search the Web |
|---|---|

**Re: reunion.**

Ocultar detalles

**DE:** Roberto Luna

Martes, 17 de febrero, 2009 6:06 P.M.

**PARA:** eduhe1966@yahoo.com

Hola Eduardo,

Los agentes me informan que solo se les permite ir a Bogota y Cartagena y no tendrian inconveniente en reunirse en cualquier de esos dos lugares. Sin embargo, consideran que no serian los mas seguros para su cliente. Piensan que seria mejor en el sitio original o cualquier otro pais, pero que se reunen en Colombia si asi lo desea su cliente,

Saludos,

Roberto

On 2/16/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:

Hola ROBERTO.

Hasta el dia de hoy, pude hablar con mi cliente y la respuesta a lo que hablamos es que debemos organizar aca en colombia una cita el dia y la hora que ustedes digan.

sobre el lugar pide él, que una vez acordado el dia y la hora, el pueda escoger el lugar en colombia, lugar que le permita tener seguridad.

Me dijo estar decidido y trabajando en el tema,

Espero su respuesta.

LUIS EDUARDO.

---

>¡Sé el Bello 51 de People en Español!
¡Es tu oportunidad de Brillar! br>Sube tus fotos ya http://www.51bello.com/

¡Libérate de los anuncios! Prueba Mail Plus.

| WHAT'S NEW | roberto luna (54) | CONTACTS | Re: Meeting |
|---|---|---|---|

Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
Applications
Attach Files- Lar...
Calendar
Attached files
Notepad
Photos
[cut off text]

Re: meeting. Hide details
FROM: Roberto Luna Friday February 27, 2009 6:38 P.M.
TO: eduhe1966@yahoo.com

Hi Eduardo,

I am happy to inform you that approval for the meeting with your friend in Cartagena. My superiors will be there in mid-April, which is when the American Consulate should be operating in that city. It can't be before then because of security reasons.

I will tell you the exact date later on.

Regards,
Roberto

On 2/18/09 Eduardo Hernandez <eduhe1966@yahoo.com> wrote:

ESTEEMED ROBERTO.
THE MEETING WILL BE HELD IN BOGOTA OR IN CARTAGENA. THOSE ARE THE MOST RECOMMENDED LOCATIONS FOR YOU. GIVE ME THE EXACT DATE AND THAT'S IT.

--On Wed Feb-18-09 Roberto Luna <ticoluna999@gmail.com> wrote:

From: Roberto Luna ticoluna999@gmail.com
Re:Re: meeting.
To: eduhe1966@ yahoo.com
Date: Wednesday, February 18, 2009, 7:06 am
[cut off text]



Hola Eduardo   Salir   Opciones   Ayuda

Haz de Y! tu página de inicio   Mi Y!

Buscar   Buscar en Mail   Buscar en

LO NUEVO   roberto luna (54)   CONTACTOS   Re: reunion.

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera
**Carpetas**
Elementos enviados
litigio
Notes
roberto luna
**Contactos disponibles**
**Amigos de Facebook**
**Aplicaciones**
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

## Re: reunion.

Ocultar detalles

**DE:** Roberto Luna

Viernes, 27 de febrero, 2009 6:38 P.M.

**PARA:** eduhe1966@yahoo.com

Hi Eduardo,

Me complace informarte que hoy se recibio aprobacion para la reunion con tu amigo en Cartagena. Mis superiores estaran alla a mediados de Abril que es cuando debera estar funcionando el Consulado Norteamericano en esa ciudad. No puede ser antes por razones de seguridad.

Mas adelante te comunicare la fecha exacta.

Saludos,

Roberto

On 2/18/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:
APRECIADO ROBERTO.

LA REUNION SE HARIA EN BOGOTA O EN CARTAGENA, ESOS SON LOS SITIOS MAS RECOMENDADOS PARA USTED, DEFINA ME LA FECHA Y LISTO.

--- El **mié 18-feb-09, Roberto Luna** <*ticoluna999@gmail.com*> escribió:

De: Roberto Luna <ticoluna999@gmail.com>
Asunto: Re: reunion.
A: eduhe1966@yahoo.com
Fecha: miércoles, 18 febrero, 2009, 7:06 am

| | |
|---|---|
| [Illegible] Tricks and tips for Yahoo! Mail<br>Inbox<br>Conversations<br>Draft<br>Sent<br>Spam<br>Trash<br>Folders<br>Sent items<br>Litigation<br>Notes<br>roberto luna<br>Available contacts<br>Facebook friends<br>Applications<br>Attach Files- Lar...<br>Calendar<br>Attached files<br>Notepad<br>Photos<br>[cut off text] | eduhe1966-Yahoo! Mail Page 1 of 2<br>! Hi Eduardo Exit Options Help Make Y! your homepage My Y! [cut off text]<br>Search \| Search in Mail \| Search the Web<br>WHAT'S NEW \| roberto luna (54) \| CONTACTS \| Re: Meeting |

Re: response Hide details
FROM: Roberto Luna Tuesday, March 24, 2009 6:47 A.M.
TO: eduhe1966@yahoo.com

Hi Eduardo,

I will let you know the location and time when we are closer to the date and I will do it through other means.
The Colombian government is not aware, and will not be aware, of anything. In fact, one of the reasons this has taken so long is because, etc.) we don't want the federal agencies that operate in Colombia (ICE, FBI, etc.) to be aware of the matter. They work very closely with judicial Colombian agencies and we are very scared of anything getting out. That is why the best thing for your client is to work with Treasury as I told you initially, since they do not have representation in Colombia. With the other agencies, AS A RULE, your client would have to work with federal agents IN COLOMBIA.

Regards,

Roberto

On 3/23/09 Eduardo Hernandez <eduhe1966@yahoo.com> wrote:
HI ROBERTO.

LOOK WE AGREE THAT THE MEETING BE HELD IN CARTAGENA ON APRIL 26. I'LL WAIT FOR YOU TO CONFIRM THE LOCATION AND TIME.

ADDITIONALLY, I WANT TO TELL YOU THAT MY CLIENT IS ASKING FOR ALL THE CONFIDENTIALITY POSSIBLE, AS HE WOULD NOT PARTICIPATE IN ANYTHING IF THE COLOMBIAN GOVERNMENT WERE TO FIND OUT, AND THIS IS DUE TO MATTERS OF EXTREME SECURITY, BEING THAT MY CLIENT IS PUTTING HIS LIFE AT RISK IN THIS OPERATION.

REGARDS, EDUARDO
[cut off text]



Hola Eduardo   Salir   Opciones   Ayuda

Haz de Y! tu página de inicio

Mi Y!

Buscar   Buscar en Mail   Buscar en

LO NUEVO   roberto luna (54)   CONTACTOS   Re: respuesta

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera

**Carpetas**

Elementos enviados
litigio
Notes
roberto luna

**Contactos disponibles**

**Amigos de Facebook**

**Aplicaciones**

Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

**Re: respuesta**

Ocultar detalles

**DE:** Roberto Luna

Martes, 24 de marzo, 2009 6:47 A.M.

**PARA:** eduhe1966@yahoo.com

Hola Eduardo,

Te dejare saber el sitio y la hora cuando estemos mas cerca de la fecha y lo hare por otros medio.

El gobierno colombiano no esta ni estara entereado de nada. Es mas, una de las razones por la cual esto se ha demorado es porque tampoco se quiere que las agencias federales que operan en Colombia (DEA, ICE, FBI, etc.) esten al tanto del asunto. Ellos trabajan muy de cerca con las agencias colombianas judiciales y le tenemos mucho miedo al filtro. Por eso lo que mas le conviene a tu cliente es trabajar con el Tesoro como te dije inicialmente pues ellos no tienen representacion en Colombia. Con las otras agencias POR REGLA le tocaria a tu cliente trabajar con agentes federales EN COLOMBIA.

Saludos,

Roberto

On 3/23/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:

HOLA ROBERTO.

MIRA ESTAMOS DE ACUERDO QUE LA REUNION SE HAGA EN CARTAGENA PARA EL 26 DE ABRIL. ESPERO ME CONFIRMES EL LUGAR Y LA HORA.

ADICIONALMENTE QUIERO DECIRTE QUE MI CLIENTE PIDE TODA LA CONFIDENCIALIDAD POSIBLE, PUES NO PARTICIPARIA EN NINGUN ASUNTO SI EL GOBIERNO COLOMBIANO SE ENTERARA, Y ESTO SE DEBE A CUESTIONES DE EXTREMA SEGURIDAD, PUES EL CLIENTE SE JUEGA LA VIDA EN ESTA OPERACION.

SLUDOS. EDUARDO.

[Illegible] Hi Eduardo Exit Options Help Make Y! your start page [Illegible] MY Y! Yahoo!

Search Search in Email Search on [illegible]
WHAT'S NEW roberto luna (54) CONTACTS In re: Meeting Hide Details
[Illegible text]

FROM: Roberto Luna Monday, April 27, 2009 10:36 A.M.

TO: eduhe1966@yahoo.com

Hello, Eduardo,

It is impossible to change the meeting to Cartagena. Everything has already been scheduled for the dates I mentioned to you in Bogota. I want to remind you that initially we were told that there would not be any issues in either of the two cities.

I hope your client can attend because scheduling another meeting would take a long time and believe me when I tell you that your client does not have much more time.

Greetings,
Roberto

On 4/24/09 Eduardo Hernandez ,< eduhe1966@yahoo.com> wrote:

HELLO ROBERTO.

I REALLY DO NOT UNDERSTAND WHAT DIFFICULTY HAS COME UP AS THE TIME OF THE MEETING APPROACHES. I HAD EXPRESSED TO YOU SINCE BEFORE THAT A MEETING WITH THE CLIENT IN BOGOTA WAS AN IMPOSSIBILITY. SAID IMPOSSIBILITY IS BASED ON HIS SAFETY NOT BEING GUARANTEED IN SAID CITY. BECAUSE OF THIS REASON I SUGGEST TO YOU TO SEE IF IT IS POSSIBLE TO MOVE THE MEETING TO A DATE CLOSER ON THE DATES INDICATED IN CARTAGENA.

I WILL INFORM YOU OF THE CONTACT NUMBER FOR THE ATTORNEY WHO WILL BE REPRESENTING HIM IN THAT PROCESS AS SOON AS WE DEFINE THE DATE AND LOCATION OF THE MEETING.
I LOOK FORWARD TO YOUR COMMENTS.

Luis
Eduardo lopera

[The following text is located at the left margin of document:]
[Illegible]
Tricks and advice for Yahoo! mail
Box
Conversations

Hola Eduardo  Salir  Opciones  Ayuda  Haz de Y! tu página de inicio  Mi Y!

Buscar  Buscar en Mail  Buscar en

LO NUEVO  roberto luna (54)  CONTACTOS  Re: Reunion

Escribir mensaje  Responder  Reenviar  Spam  Imprimir

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera
**Carpetas**
Elementos enviados
litigio
Notes
roberto luna
**Contactos disponibles**
**Amigos de Facebook**
**Aplicaciones**
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

## Re: Reunion

Ocultar detalles

**DE:** Roberto Luna  Lunes, 27 de abril, 2009 10:36 A.M.

**PARA:** eduhe1966@yahoo.com

Hola Eduardo,

Es imposible cambiar la reunion a Cartagena. Ya todo es esta programado para las fechas que te mencione en Bogota. Te recuerdo que inicialmente se nos dijo que no habria inconveniente en ninguna de las dos ciudades.

Espero tu cliente pueda asistir pues programar otra reunion tomaria mucho tiempo y creeme cuando te digo que a tu cliente no le queda mucho tiempo.

Saludos,

Roberto

On 4/24/09, **Eduardo hernandez** <eduhe1966@yahoo.com> wrote:

HOLA ROBERTO.

REALMENTE NO SE CUAL ES LA DIFICULTAD QUE SE PRESENTA AL TIEMPO QUE SE ACERCA EL DIA DE LA CITA, DESDE ANTES LE HABIA MANIFESTADO LA IMPOSIBILIDAD DE UN REUNION CON EL CLIENTE EN BOGOTA. DICHA IMPOSIBILIDAD RADICA EN QUE ÉL NO TIENE GARANTIZADA SU SEGURIDAD EN DICHA CIUDAD, POR TAL RAZON LE SUGIERO SI ES POSIBLE ADELANTAR LA R3EUNION EN LAS FECHAS INDICADAS EN CARTAGENA

EL NUMERO DE CONTACTO DEL ABOGADO QUE LO REPRESENTARA EN ESE PROCESO LO INFORMARE TAN PRONTO DEFINAMOS EL LUGAR Y LA FECHA DE LA REUNION.
ESPERO SUS COMENTARIOS.

LUIS
EDO. LOPERA

Eduhe1966-Yahoo! Mail Page 1 of 2

! Hi Eduardo Exit Options Help Make Y! your homepage My Y! [cut off text]

| Search | Search in Mail | Search [cut off] |
|---|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | Re: Meeting |
|---|---|---|---|

[Illegible] Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
Applications
Attach Files-Lar...
Calendar
Attached files
Notepad
Photos
[cut off text]

Re: response Hide details
FROM: Eduardo Hernandez Tuesday , April 28, 2009 10:52 A.M.
TO: Roberto Luna

HI ROBERTO
I WOULD LIKE TO TELL YOU THAT THE CLIENT DOES NOT HAVE THE LEAST INTEREST IN SETTING CONDITIONS ONANYTHING TO DO WITH THE AGREEMENT, HE WANTS TO DO WHAT YOU PROPOSED TO HIM AND HE HAS NO, BUT NO INTENTION OF DELAYING OR AVOIDING THE ACCEPTANCE HE GAVE ON THE MATTER.

I WANT TO MAKE CLEAR ROBERTO THAT THE ONLY THING HE WANTS IS TO REACH AN AGREEMANT AT A MEETING AS TO HOW THE AGREEMENT YOU ARE PROPOSING TO HIM WOULD BE FOR HIM.

AS TO THE ATTORNEY IT IS NOT A MATTER OF REPRESENTATION ; HE ONLY REALLY WANTS SOMEONE TO ACCOMPANY HIM IN REGARD TO EVERYTHING HE DOES IN THIS MATTER. I DON'T THINK THAT SHOULD BE A PROBLEM. AND BESIDES, IT IS THE FIRM WILL OF THE CLIENT TO MAKE THE AGREEMENT, AND THERE NONE OF THE LAWYERS WILL INTERFERE. HE HAS MADE HIS DECISION.

I CONSIDER THAT THE IMPORTANT THING IS TON COORDINATE THE MEETING AT A PLACE WHERE WITHOUT ANY DOUBT THE CLIENT CAN ATTEND. THAT IS REALLY NOT TOO MUCH TO ASK.

ATTORNEY ERIK SUNDE WILL BE CONTACTING YOU AND WANTS TO COORDINATE DIRECTLY THE MEETING WITH YOU DIRECTLY , BUT NOT TO HAMPER ABSOLUTELY ANYTHING, ONLY SO THAT IT IS HELD, AS IT IS THE CLIENT'S DESIRE TO ACCEPT THE AGREEMENT.

SINCERELY,

EDUARDO LOPERA.

--On Sun. Apr- 27- 09, Roberto Luna <*ticoluna999@gmail.com*> wrote:

From: Roberto Luna <ticoluna999@gmail.com>
Re: Meeting with Client
To: eduhe1966@yahoo.com
Date: Monday April 27, 2009 9:02 pm

Mr. Eduardo,
[cut off text]



Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Mi Y! Yahoo!

Buscar | Buscar en Mail | Buscar en la Web

LO NUEVO | roberto luna (54) | CONTACTOS | Re: Reunion

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera
Carpetas
Elementos enviados
litigio
Notes
roberto luna
Contactos disponibles
Amigos de Facebook
Aplicaciones
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

(Publicidad)

**Re: Reunion**

Ocultar detalles

DE: Eduardo hernandez

PARA: Roberto Luna

Martes, 28 de abril, 2009 10:52 A.M.

HOLA ROBERTO.

DESEO DECIRTE QUE NO EXISTE EL MAS MINIMO INTERTERES DEL CLIENTE DE CONDICIONAR CUALQUIER TEMA RELACIONADO CON EL TRATO, EL DESEA HACER LO QUE TU LE PROPUSISTE Y NO TIENE NINGUNA, PERO NINGUNA INTENCION DE DILATAR O ESQUIVAR EL SI QUE LE DIO AL ASUNTO.

QUIERO DEJAR CLARO ROBERTO QUE LO UNICO QUE EL PRETENDE HACER ES ACORDAR EN UNA REUNION COMO SERIA PARA EL EL TRATO QUE LE PROPONES.

LO DEL ABOGADO NO ES UN ASUNTO PARA REPRESENTACION, EL SOLO QUIERE REALMENTE ES UN ACOMPAÑAMIENTO SOBRE TODO LO QUE HAGA EN ESTE ASUNTO, CREO QUE NO TIENE PROBLEMAS POR ESO. Y ADEMAS ES LA FIRME VOLUNTAD DEL CLIENTE DE HACER EL TRATO, ALLÍ NO INTERFERIMOS NINGUNO DE LOS ABOGADOS. SU DECISION ESTA TOMADA.

YO CONSIDERO QUE LO IMPORTANTE ES COORDINAR ESA CITA EN UN SITIO AL QUE SIN LUGAR A DUDAS PUEDA EL CLIENTE ASISTIR. ESO REALMENTE NO ES MUCHO PEDIR.

EL ABOGADO ERIK SUNDE TE VA A CONTACTAR Y QUIERE COORDINAR DIRECTAMENTE ESA REUNION PERO NO PARA IMPEDIR ABSOLUTAMENTE NADA, SOLO PARA QUE LA MISMA SE HAGA, PUES LA VOLUNTAD DEL CLIENTE ES LA DE ACPETAR EL TRATOO.

ATENTAMENTE

EDUARDO LOPERA

— **El lun 27-abr-09, Roberto Luna *<ticoluna999@gmail.com>*** escribió:

> De: Roberto Luna <ticoluna999@gmail.com>
> Asunto: Re: Reunion
> A: eduhe1966@yahoo.com
> Fecha: lunes, 27 abril, 2009, 9:02 pm
>
> Don Eduardo,

[Illegible] Tricks and
tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
Applications
Attach Files- Lar...
Calendar
Attached files
Notepad
Photos
[cut off text]

! Hi Eduardo  Exit  Options Help        Make Y! your homepage    My Y! [cut off text]

| Search | Search in Mail | Search the Web |
|---|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | Re: Meeting |
|---|---|---|---|

Meeting                                              Hide details
FROM:   Roberto Luna                          Thursday,  April 30, 2009 9:32 A.M.
TO: eduhe1966@yahoo.com

Hi Eduardo:

My superiors spoke with the attorney from Houston yesterday. I'm unaware of the details but apparently, the agents are willing to set up another meeting.  The only thing they didn't like was that the lawyer wants to speak to a friend in the FBI.  We don't understand that, given that your client has asked that the Colombian authorities not be made aware of this matter and both the FBI and DEA, pursuant to agreement, cannot act independently of the authorities in Colombia.  We can. As I have stated to you, that is what the local lawyers do and they always end up not negotiating with anyone.  The federal agencies detest that way of operating.

My superiors wish to speak with you in Bogota. It is important that you make yourself available between Monday and Thursday of the coming week because they want to schedule the meeting (place and date) with you.  I hope to have your cooperation in this matter. The meeting between you and the agents is ABSOLUTELY necessary for the benefit of this project.

At what telephone can we call you?

Regards,

Roberto.

                                                         [Illegible]

[cut off text]

Case 1:10-cr-20763-JAL Document 262-1 Entered on FLSD Docket 04/28/2017 Page 44 of 48

Hola **Eduardo** Salir Opciones Ayuda **Haz de Y! tu página de inicio** Mi Y!

Buscar **Buscar en Mail** **Buscar en**

**LO NUEVO** **roberto luna (54)** **CONTACTOS** **Reunion**

Escribir mensaje | Borrar | Responder | Reenviar | Spam | Imprimir

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera
**Carpetas**
Elementos enviados
litigio
Notes
roberto luna
**Contactos disponibles**
**Amigos de Facebook**
**Aplicaciones**
Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

## Reunion

Ocultar detalles

**DE:** Roberto Luna

Jueves, 30 de abril, 2009 9:32 A.M.

**PARA:** eduhe1966@yahoo.com

Hola Eduardo,

Mis superiores conversaron ayer con el abogado en Houston. No estoy al tanto de los detalles pero aparentemente los agentes estan dispuestos a concretar otra reunion. Lo unico que no les gusto fue que el abogado desea conversar con un amigo en el FBI. Eso no lo entendemos pues su cliente ha pedido que las autoridades colombianas no esten al tanto de este asunto y tanto el FBI como la DEA y ICE por tratado no pueden actuar en Colombia independiente de las autoridades. Nosotros si. Como le habia dicho a Ud., eso es lo que los abogados locales hacen y siempre terminan no negociando con nadie. Las agencias federales detestan esa forma de operar.

Mis superiores desean hablar con Ud. en Bogota. Es importante que Ud. este disponible entre Lunes y Jueves de la semana entrante pues quieren programar la reunion (sitio y fecha) con Ud. Espero contar con su cooperacion en este asunto. La reunin entre los agentes y Ud. es ABSOLUTAMENTE necesaria para el beneficio de este proyecto.

A que telefono podemos llamarlo?

Saludos,

Roberto

[Illegible] Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
Applications
Attach Files-Lar...
Calendar
Attached files
Notepad
Photos
[cut off text]

! Hi Eduardo Exit Options Help Make Y! your homepage My Y! [cut off text]

| Search | Search in Mail | Search the Web |
|---|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | Re: Meeting |
|---|---|---|---|

Re: Meeting Hide details
FROM: Eduardo Hernandez Thursday, April 30, 2009 5:37 P.M.
TO: Roberto Luna
HI ROBERTO

I'LL BE IN BOGOTA THIS WEEK TO TAKE CARE OF THE MATTER THAT YOU ARE TALKING ABOUT, BUT I SHOULD LET YOU KNOW THAT WE SHOULD ORGANIZE A MEETING WITH THE CLIENT AT WHATEVER COST IN ADDITION TO THE ATTORNEY HAVING KNOWLEDGE OF SAME, BECAUSE THE CLIENT WANTS TO DO EVERYTHING OFFICIALLY, AND CERTAINLY THE ATTORNEY WON'T HINDER THAT THE MATTER NOT BE DONE WITH YOU GUYS. WHAT HAPPENED WITH HIM TALKING TO ANOTHER AGENCY WAS JUST BECAUSE OF THE NEGATIVE THAT THEY [YOU] SAID, OF NOT BEING ABLE TO HAVE ANOTHER MEETING AT ANOTHER PLACE, SO THE ATTORNEY THEN PROPOSED THAT.

I SHOULD TELL YOU THAT THE CLIENT HAS ALAREADY SAID YES TO THE PROPOSAL YOU MADE AND BECAUSE OF IT HE ONLY WANTS TO FULFILL HIS PART IN THE PROJE CT IN A MORE ORGANIZED WAY. ERIK THE ATTORNEY WILL NOT STAND IN THE WAY ABSOLUTELY AT ALL.

WILL I VISIT YOU AT THE SAME PLACE? PLEASE CONFIRM TO ME WHERE YOU WILL BE. THANK YOU

--On Thurs. Apr- 30- 09, Roberto Luna < *ticoluna999@gmail.com*> wrote:

From: Roberto Luna <ticoluna999@gmail.com>
Re: Client Meeting
To: eduhe1966@yahoo.com
Date: Thursday April 30, 2009 9:32 am

Hi Eduardo,

My superiors spoke with the attorney from Houston yesterday. I'm unaware of the details but apparently, the agents are willing to set up another meeting. The only thing they didn't like was that the lawyer wants to speak to a friend in the FBI. We don't understand that, given that your client has asked that the Colombian authorities not be made aware of this matter and both the FBI and DEA [cut off text]

.

[cut off text]



Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Mi Y!

Buscar | Buscar en Mail | Buscar en

LO NUEVO | roberto luna (54) | CONTACTOS | Re: Reunion

Trucos y consejos para Yahoo! Mail

- Buzón
- Conversaciones
- Borradores
- Enviados
- Spam
- Papelera

**Carpetas**

- Elementos enviados
- litigio
- Notes
- roberto luna

**Contactos disponibles**

**Amigos de Facebook**

**Aplicaciones**

- Adjuntar Archivos Gra...
- Agenda
- Archivos adjuntos
- Bloc de notas
- Fotos

## Re: Reunion

Ocultar detalles

DE: Eduardo hernandez

PARA: Roberto Luna

Jueves, 30 de abril, 2009 5:37 P.M.

HOLA ROBERTO.

ESTARE ESTA SEMANA EN BOGOTA, PARA ATENDER EL ASUNTO QUE DICES, PERO DEBO INFORMARTE QUE DEBEMOS A TODA COSTA ORGANIZAR UNA REUNION CON EL CLIENTE ADEMÁS QUE EL ABOGADO CONOZCA DE LA MISMA, PUES EL CLIENTE QUIERE HACE TODO OFICIAL, Y DE SEGURO EL ABOGADO NO IMPEDIRA QUE DICHO ASUNTO NO SE HAGA CON USTEDES. LO QUE OCURRIO PARA EL HABLAR CON OTRA AGENCIA SOLO FUE POR LA NEGATIVA QUE DICEN UD, DE NO PODER HACER OTRA REUNION EN OTRO LUGAR, ENTONCES EL ABOGADO PROPUSO ESO.

DEBO DECIRLE QUE EL CLIENTE YA A DICHO SI A LA PROPUESTA DADA POR USTED Y POR ELLO SOLO QUIERE CUMPLIR EN UNA FORMA MAS ORGANIZADA CON ESE PROYECTO. EL ABOGADO ERIK NO SE INTERPONDRA EN NADA ABSOLUTAMENTE.

LO VISITARE EN EL MISMO LUGAR? CONFIRMEME POR FAVOR DONDE ESTARA. GRACIAS

--- El **jue 30-abr-09, Roberto Luna *<ticoluna999@gmail.com>*** escribió:

> De: Roberto Luna <ticoluna999@gmail.com>
> Asunto: Reunion
> A: eduhe1966@yahoo.com
> Fecha: jueves, 30 abril, 2009, 9:32 am
>
> Hola Eduardo,
>
> Mis superiores conversaron ayer con el abogado en Houston. No estoy al tanto de los detalles pero aparentemente los agentes estan dispuestos a concretar otra reunion. Lo unico que no les gusto fue que el abogado desea conversar con un amigo en el FBI. Eso no lo entendemos pues su cliente ha pedido que las autoridades colombianas no esten al tanto de este asunto y tanto el FBI como la DEA y

[Illegible]
Tricks and tips for Yahoo! Mail
Inbox
Conversations
Draft
Sent
Spam
Trash
Folders
Sent items
Litigation
Notes
roberto luna
Available contacts
Facebook friends
Applications
Attach Files-Lar...
Calendar
Attached files
Notepad
Photos
[cut off text]

! Hi Eduardo Exit Options Help Make Y! your homepage My Y! [cut off text]

| Search | Search in Mail | Search the Web |
|---|---|---|

| WHAT'S NEW | roberto luna (54) | CONTACTS | Regards |
|---|---|---|---|

Regards — Hide details

FROM: Roberto Luna — Thursday, May 7, 2009 9:19 P.M.

TO: eduhe1966@yahoo.com

Hi Eduardo

I'm not apprised of the details of what was addressed at the meeting but the agents look satisfied. From here on everything will be managed directly by them with you unless they ask me to contact you for some reason. I suggested they open an internet email address to be in contact with you.

Thank you for your cooperation and good luck to you and your client. I think everything will turn out well, as you are in the hands of two honest, honorable and very capable agents.

Regards,
Roberto

Hola Eduardo Salir Opciones Ayuda

Haz de Y! tu página de inicio

Mi Y!

Buscar | Buscar en Mail | Buscar en

LO NUEVO | roberto luna (54) | CONTACTOS | Saludos

Trucos y consejos para Yahoo! Mail

Buzón
Conversaciones
Borradores
Enviados
Spam
Papelera

**Carpetas**

Elementos enviados
litigio
Notes
roberto luna

**Contactos disponibles**

**Amigos de Facebook**

**Aplicaciones**

Adjuntar Archivos Gra...
Agenda
Archivos adjuntos
Bloc de notas
Fotos

## Saludos

Ocultar detalles

DE: Roberto Luna

PARA: eduhe1966@yahoo.com

Jueves, 7 de mayo, 2009 9:19 P.M.

Hola Eduardo,

No estoy al tanto de lo tratado en la reunion pero veo a los agentes satisfechos. Ya de aqui en adelante todo lo manejaran ellos directamente contigo a menos que me pidan que te contacte por alguna razon. Yo les sugeri que abrieran una direccion Internet para estar en contacto contigo.

Gracias por tu cooperacion y buena suerte a ti a tu cliente. Creo que todo saldra bien pues estan en manos de dos agentes serios, honorables y muy capaces.

Saludos,

Roberto