# COMPOSITE EXHIBIT "B"

-Monk's (ICE Agent) BBM messages-

CERTIFIED INTERPRETING & TRANSLATING SERVICES, INC.
CERTIFICATE OF ACCURACY
3 Island Avenue 3-H, Miami Beach, F.L. 33139
Ph. (786)888-8636 C. (305)490-9265 F. (305)675-7724
www.certifiedinterpreting-translating.net

I hereby certify that I, María del Pilar Fernández, am a professionally qualified translator, fully versed in the Spanish and English languages. I am a certified court interpreter, holding the Federal Court Interpreter Certification as well as the State of Florida Court Interpreter Certification, and a Master of Arts in Bilingual Legal Interpreting from the University of Charleston in Charleston, South Carolina. I am a member in good standing of the American Translators Association, the Association of Translators and interpreters of Florida and the National Association of Judiciary Interpreters and Translators. I attest that the foregoing is, to the best of my knowledge, ability and belief, a true and correct translation from Spanish into English of the document presented to me written in the Spanish language as the original or as a copy of the original.

Document Translated is as follows:

**Exhibit "B"– Monk's BBM Messages**

Miami-Dade County, Florida, this sixth (28th) day of April, two thousand sixteen (2017).

MARIA DEL PILAR FERNANDEZ

STATE OF FLORIDA )
MIAMI-DADE COUNTY )

Sworn to (or affirmed) and subscribed before me this 28th day of April, 2017, by Maria del Pilar Fernandez.

Produced Identification ✓ Type of Identification Produced: P655-544-82-552-1

Kimberly Acevedo
Signature of Notary Public-State of Florida

Notary Seal:

| Notes | | |
|---|---|---|
| [Illegible] | | [Illegible] Delete |
| 1 | [Illegible logo] Stev<br>**Summary:**           **Origin:**<br>**Created:**           **Address:**<br>**Modified:**          **Place:**<br><br>Participants:<br><br>Assis, Intel Steve<br>Messages:<br><br>Assis: Hi my friend good afternoon<br>Intel Steve: Sir, at last we have gotten together through these means. Before we start I need to ask you a key question for us to make sure that we we have met each other previously. In which city and hotel were we first introduced by "Pie Grande"? Thank you for your attention.<br>Assis: Cartagena. Hotel Sofitel, Santa Clara.<br>Intel Steve: Correct. Now we can start to communicate them. First, I feel that I need to say I'm sorry because of the long time that's gone by for us to be able to communicate. But I want to assure you that we have been working in good faith. But we have bumped into some little problems that are not from your part. The information Pie Grande is passing over to you, especially dates and times about things.<br>Assis: Don't worry, my friend. I understand that this project is complex and I also know there is good faith from you all. I hope that very soon you all will be able to put in place everything necessary so that we are engaged in giving positives in this project.<br>Intel Steve: Periods of time in which our office has to complete things they are dates and the time that we give him, but because of difficulties with which we have confronted, not because of him; the delays are Washington's. That is the whole story. Now we have to move you all forward, starting today.<br>Assis: I am here with the same willingness and good faith that I had when we saw each other the first time. So just tell me what has to be done, my friend, because I am ready.<br>Intel Steve: I have gone through several difficult adventures many times but they have been very successful. We appreciate your patience. It is from here that we need to move forward: I need to ask you some questions and I want you to tell me your abilities are. And please, I want you to feel free to ask me any question so that you know my abilities.<br>Assis: Of course, my friend tell me what questions you have, or what you want to know.<br>Intel Steve: First, I want you to know that we have officially received authorization from Washington so that we can work together.<br>Assis: I'm happy about that my friend that is good that we got the authorization<br>Intel Steve: First I want to tell you that I have already done all the paperwork for your family and we are just waiting for approval. Some high-level people have doubts that our relationship will not be successful. But I am here to work on those issues with you. | |

| | | |
|---|---|---|
| | Intel Steve: I believe the authorizations are just around the corner. If not, I wouldn't be involved in these efforts. Because I understand that this is a relationship in which you give something and you are given in return. When I say it has to be a success it's for us both.<br>Assis: I understand you perfectly, my friend.<br>Intel Steve: Now, there are several matters in which we are interested. We need to take small steps to start. This is what I propose; there are several situations in which we are interested, and you can possibly assist us. First, it's that we like to make seizures and arrest violators and not necessarily of high-level people. Everything in due time. And that takes work. I'm going to ask you as a favor to please tell me if you have the capability to provide detailed information in regard to houses where merchandise is hidden (coke, lots of money, weapons). Also, I know that a lot of counterfeit American money is produced in your country, and I hope that, with your contacts, you can find information as to where some of these events are happening. I'm here to explain to you how we work these operations.<br>Assis: Oh, perfect. What we'd have to do is start to put out the message in the street that I need counterfeit money. That way we'll find the people who are making it.<br>Intel Steve: You understand that we need to work with the Colombian government to take action with effort; so, I like to start on cases that are possible to see if they are successful and they show results. We need to work little by little to get to bigger cases.<br>Assis: I am also very interested in being able to help my country too with all of this information. I think we can do it. What is needed is fast operatives when information comes out.<br>Intel Steve: Please, we need to try to find out where they hide the money. I have knowledge that they hide it in 55 gallon barrels. But I don't want you to get involved directly making these matters. We want to seize this money and that nothing goes back to you. So right now, we have to think of a plan for a while. I have to go to a meeting right now so that's it for today. But I appreciate your time and you are very kind. We'll be in touch tomorrow.<br>Assis: Perfect, my friend. I'll be expecting your call. It was a pleasure to say hi. Be well.<br>Assis: Hi, my friend, good afternoon.<br>Intel Steve: Hi. Let's start to plan. Like I said yesterday, we have to know each other's capabilities. I'll start with mine.<br>Intel Steve: When we work in a foreign country this is the way we start: we get intelligence together, we confirm it as best as possible and we pass it over to our colleagues from that country. So, we work the information with our colleagues. I'll give you an example.<br>Intel Steve: Ok, examples of successes. We find places were drugs are stored and hidden, cash money, weapons, counterfeit money, boats that are used to move drugs, containers for the same thing, marijuana fields., we therefore need coordinates. Do you have the ability to have the ability to have the equipment to be able to fulfill the obligations for what I have mentioned?<br>Assis: That information can be obtained; the thing is that to find out all those details we have to infiltrate those groups. To infiltrate them you have to interact with them. I'll give you an example.<br>Assis: If we want to know who is making counterfeit dollars, we have to put our people in the market and they can find who will sell them counterfeit dollars. We would have | |

| | | |
|---|---|---|
| | to buy something to verify that it is real; that they have it and afterwards make a big an order with them and do a seizure. Do you understand what I'm explaining?<br>Intel Steve: yes, just a minute.<br>Intel Steve: I already did that kind of work and I have copies of counterfeit bills. We only want the locations of where they print the bills and I know they take actual bills and wash them and change the one dollar value one to hundreds. I don't want anything to come back to you if some others [unintelligible]. So, you have to keep yourself very much outside of those people.<br>Assis: I understand you but to be able to find the location of those people and of the places from which they work we will have to interact with<br>Intel Steve: We'll be talking further and I'll come back tomorrow to continue. | |
| 2 | [Illegible logo] Chep<br>**Summary:** **Origin:**<br>**Created:** **Address:**<br>**Modified:** **Place:**<br><br>Rafael Alvarez Pineda | |
| 3 | [Illegible logo] Punti<br>**Summary:** **Origin:**<br>**Created:** **Address:**<br>**Modified:** **Place:**<br>Jhon Baimar or Haimar | |
| | | |
| 4 | [Illegible logo] Jorge Alex number<br>**Summary:** **Origin:**<br>**Created:** **Address:**<br>**Modified:** **Place:**<br><br>Good morning, my friend. This is the pin for Jorge Rodriguez, DEA supervisor in Bogota 242CA092 please contact him in about 20 mins. I am going to tell him that they should coordinate things with you. And I will send the pin for Alex from the DEA in Bogota in the next mge. | |

| 5 | [Illegible logo] Sergio<br>**Summary:** **Origin:**<br>**Created:** **Address:**<br>**Modified:** **Place:**<br><br>Participants:<br>---------------<br>Assis, Sergio<br><br>Messages:<br>--------------<br>Sergio: Pardon my question, do you know where Cocholobambo is?<br>Assis: No my friend, it is the first time I hear of such a place but I am glad you called. I do not know what we should do so that Fernando doesn't<br>Assis: feel bad, but I have been calling him since two in the afternoon because since yesterday we have been watching a speedboat and I am being told that it will leave soon and Fernando does not answer.<br>Sergio: Good lord! Let me see what I can do. The problem is that Monday is a holiday over here and maybe he took a three-day weekend starting Friday.<br>Assis: But see how you can tell him so that I don't look bad.<br>Sergio: No, no, you won't look bad. The agent on guard will take care of it.<br>Assis: Great my friend, please confirm when possible. In any case, they have all the information, whoever is on guard will knock that out<br>Sergio: I must communicate with them so that they can find whoever is on duty. That won't bother them, it happens frequently<br>Assis: OK my friend.<br>Sergio: Listen, no problem. You just send your messages and if they don't respond, it is not your responsibility. Don't even worry about that. Stay calm my friend, everything is going to be just fine.<br>Sergio: Hahahahaha<br>Assis: OK my friend, but it is hard because we have put a lot of effort into this.<br>Assis: Fernando as well as myself<br>Sergio: The Coast Guard should be informed, that's why I recommend that you send the reports and the rest will be their responsibility.<br>Assis: Message understood my friend.<br>Sergio: The good news is that I have already notified.<br>Assis: OK [Unintelligible handwritten mark at margin]<br>Assis: My friend, make the call, it just left, it is on its way to Panama with 1597 kilos, black speed boat with three black engines.<br>Sergio: Last night they cancelled everything! They have wasted too much money on airplanes, speedboats and re enforcements with Assis. They are not happy right now. That is what I just got answered from Houston. Let me see what they want to do. I hope it is positive.<br>Assis: Wow my friend, that is sad news. With such grueling effort that I have put into it here my friend, dangerously exposing myself, if they are frustrated because of last night's departure, imagine how I feel after a year and a half of this effort. | |
|---|---|---|

| | | |
|---|---|---|
| | Sergio: That's how I see it. Now you know how it is to put up with our beloved government. But don't despair you'll see how they will come to their senses soon, Frank is already doing his part.<br>Assis: OK My friend<br>Sergio: No, I am already with him. It is Frank's last message. So, keep your chin up, they are already starting to move in Panama<br>Assis: (and) your friend must be the operations lead. hahahahahahahah<br>Sergio: That is why I think I should be close to you, to coordinate, but fortunately Panama is already in action$<br>Assis: I need to call you to talk over a few topics, but when you have time my friend<br>Sergio: Yes, listen, we are going to try and solve this problem and if it turns out positive. Just let me have my meeting with Frank and his bosses to see how things are going to be left and then we will coordinate the topics needed to continue.<br>Assis: Perfect my friend.<br>Sergio: It' s OK my friend. Nothing will happen. I have hope this will be positive. Are you sure it left and that the information is correct?<br>Assis: I am more than certain my friend, I had one of my guys at the place of departure<br>Sergio: Perfect, let's see if next time we can attach a tracking device to it so that we can track every stop it makes.<br>Assis: There is a lot left to be done my friend<br>Sergio: I believe so, it is just that we are two different cultures. That is why I want to be there to coordinate.<br>Assis: OK my friend, I hope that we can continue forward. | |

Notas

| # | | ¿Borrar |
|---|---|---|
| 1 | **Stev** | |

**Resumen:** **Origen:**
**Creado:** **Dirección:**
**Modificado:** **Colocar:**

Participantes

Assis, Intel Steve

Mensajes:

Assis: Hola amigo buena tarde
Intel Steve: Senor, por fin nos hemos reunido por este med'o. Antes de que empesemos necesito hacer uns pregunta clave para asegurarnos que los dos nos nos hemos conocidos anteriormente. En cual ciudad y hotel fuimos presentados por "pie grande" por primera vez? Gracias por tu atencion.
Assis: Cartagen. Hotel sofitel santa clara
Intel Steve: Corecto, ahora podemos empesar a comunicarlos. Primero, siento que nesecito pedir una disculpa por el largo tiempo que a transcurido para que nos halgamos podido comunicar. Pero quiero asegurarte de que hemos estado trabajando en buena fe. Pero nos hemos encontrado con unos problemitas que no son por tu parte. La informacion que piegrande te pasa especialmente fechas y horas sobre los tma
Assis: Tranquilo amigo.entiendo que este proyecto es complejo y tambien se que hay buenas voluntades de parte de ustedes. Espero que muy pronto puedan acomodar todo lo necesaria para poder dedicarnos a dar positivos en este proyecto
Intel Steve: Trancursos en que nuestra oficina tiene que completar cosas son las fechas y tiempo que nosotros le damos a el, pero por dificultades con las que nos hemos encontrado no por parte de el los retrasos son de washington. Esa es toda la historia, ahora hay que moverlos adelante empesando de hoy.
Assis: Aquí estoy con la misma disposicion y buena voluntad que tenia cuando nos vimos por primer ves. Asi es que solo dime que hay que hacer amigo que estoy listo
Intel Steve: He pasado por varias venturas dificultosas muchas veces pero han sido muy exitosas. Apreciamos tu paciencia. De aqui es adonde necesitamos moverlos para adelante: necesito hacerte unas preguntas y quiero que me digas tu capacidad. Y por favor quiero que te s'entas libre de hacerme cual quier pregunta para que sepas mis capacidades.
Assis: Claro amigo dime que inquietudes tienes o que quieras saber
Intel Steve: Primero quiero que sepas que hemos recibido oficialmente permiso de washington para que podamos trabajar juntos
Assis: Me alegra que así amigo en buena hora nos llega la autorizacion
Intel Steve: Primero quiero decirte que yo ya hice todo el papeleo de tu famil'a y solo estamos esperando que sean aprovados. Unas personas de alto nivel dudan que nuestra relacion no tenga exito. Pero yo estoy aqui para trabajar en esos asuntos contigo
Intel Steve: Yo creo que las autorisaciones estan a la vuelta de esquina. Si no yo no estaria enbolucrado en estos esfuerzos. Por que entiendo que esta es una relacion de dando y dando. Cuando yo digo que tiene que ser un exito me refiero que para los hambos.
Assis: Te entiendo perfectamente amigo
Intel Steve: Ahora, hay varios asuntos en cuales estamos interesados. para empesar necesitamos tomar pasos pequenos. Esto es lo que yo propongo, hay varios situaciones en los que estamos interesados y posiblemente tu nos puedes asistir. Primero, es que nos gustas decomizar y hacer arrestos de violadores y no necesariamente de personas de alto nivel. Pues todo a su tiempo y eso se toma trabajo. Te pido de favor de que me avises si tienes la capacidad de proveer informacion detallada relacionado a casas adonde esconden marcancia (coca, mucho dinero, armas) tambien yo se que en tu pais producen mucho dinero americano que es falsificado y espero que con tus contactos tu puedes encontrar informacion adonde alguno de estos eventos estan pasando. Yo estoy aqui para explicarte como trabajamos estas operaciones.
Assis: A perfecto. Lo que tendriamos que hacer es empezar por regar el mensaje en las calles de que necesito d'nero falso. Asi empesaremos a encontrar quienes los estan fabricando.
Intel Steve: Tu entiendes de que necesitamos trabajar con el govierno colombiano para tomar accion de esfuerzo haci que a mi me gusta empesar en casos que son posible para ver si son un exito y ensenan resultados. Neces'tamos trabajar poco a poco para llegar a casos mas grandes.
Ass's: A mi me interesa mucho poderle ayudar a mi pais tambien con toda esta informacion. Creo que podemos hacerlo, lo que se necesita es rapides operativa cuando salga una informacion
Intel Steve: Por favor hay que tratar de averiguar adonde esconden el dineros, yo tengo conocimiento que los esconden en barriles de 55 galones. Pero no quiero que tu te envuelvas haciendo esto asuntos directamente. Queremos decomisar este dinero y que nada regre a ti. Asi que por ahorita hay que pensar en un plan por un tiempo. Por ahora neces'to ir a una reunion asi que es todo por hoy. Pero te agradesco tu tiempo y eres mu amble. Manana estaremos en contacto
Assis: Perfecto amigo. Estaré atento a tu llamado. Me alegró saludarte que estes bien.
Assis: Hola amigo buena tarde
Intel Steve: Hola, empecemos a planear. Como.dije ayer tenemos que conocer las capacidades de ambos. Empiezo con los mios.
Intel Steve: Cuando trabajamos en paiz extranjero asi empecemosm juntamos inteligencia, lo confirmamos lo mejor posible y lo pasamos a nuestras colegas de ese paiz. Asi que trabajamos los datos con nuestras colegas. Le doy ejemplo.
Intel Steve: Ok, ejemplos de exito. Encontramos lugares donde guardan y esconden drogas, dinero en efectivo, armas, dinero falso, lanchas que usan para mover drogas, contenedores de lo mismo, campos de mariguana , poro cual necesitamos coordenadas. Ud tiene la capacidad de tener esas utiles para poder cumplir en lo que he mencionado?
Assis: Esa informacion se puede conseguir, lo que pasa es que para poder saber todos estos detalles tenemos que filtra esos grupos. Para infiltrarlos hay que interactuar con ellos. Te doy un ejemplo
Assis: Si queremos saber quienes fabrican dolares falsos, tenemos que poner gente nuestra a que se metan en el mercado y consigan quien venda los dolares falsos, tendremos que comprar algo para verificar que sea real que los tienen y despues hacerles un pedido grande y decomizar. Si me hago entender?
Intel Steve: Si, un momento.
Intel Steve: Ya hice ese tipo de trabajo y tengo copias de billetes falsos. Solo queremos las localidades de donde impriman los billetes y se que toman billetes actuales y las lavan y cambian los de un dolar de valor a cien. No quiero que nada regresa a usted si callen algunos otros. Asi que usted tiene que mantenerse muy afuera de esa gente.
Assis: Te entiendo pero para poder dar con la ubicacion de esas personas y de los sitios desde donde trabajan tendremos que interactuar con ellos. Como hariamos ese trabajo?
Intel Steve: Nos mantenemos pendiente y regreso manana para continuar.

| 2 | **Chep** | |
|---|---|---|

**Resumen:** **Origen:**
**Creado:** **Dirección:**
**Modificado:** **Colocar:**

Rafael alvarez pineda.

3

Puntl

**Resumen:** [redacted] **Origen:** [redacted]
**Creado:** [redacted] **Dirección:** [redacted]
**Modificado:** [redacted] **Colocar:** [redacted]

Jhon beimar o heimar

4

Numero jorge alex

**Resumen:** [redacted] **Origen:** [redacted]
**Creado:** [redacted] **Dirección:** [redacted]
**Modificado:** [redacted] **Colocar:** [redacted]

Amigo, buenos dias. Este es el pin de Jorge Rodriguez supervisor de la DEA en Bogota 242CA092 por favor comunicate con el en unos 20 min. Voy a decirle que deben coordinar las cosas contigo. Y en el sig mensaje te envio el pin de alex de la DEA en Bogotá

5

Sergio

**Resumen:** [redacted] **Origen:** [redacted]
**Creado:** [redacted] **Dirección:** [redacted]
**Modificado:** [redacted] **Colocar:** [redacted]

Participantes:

Assis, Sergio

Mensajes:

Sergio: Disculpa la pregunta. Sabes donde queda cocholobambo?
Assis: No amigo primer ves que escucho eso y si quiera me llamas amigo. No sa como hacemos para que fernando no
Assis: Se sienta mal pero es que lo estoy llamando desde las dos de la tarde por que desde ayer estamos pendientes de una lancha y me dicen que lo mas seguro es que sale ahora y fernando no me sale
Sergio: Valgame dios. Deja ver que puedo hacer. Lo que pasa es que el lunes es festivo aca y a lo mejor se tomó desde el viernes
Assis: Pero mira haber como le dices para yo no quedar mal
Sergio: No, no quedas mal. El agente de guardia tiene que cubrirlo
Assis: Listo amigo me confirmas. De todos modos ellos tienen toda la informacion cualquiera que este en turno tumba eso
Sergio: Yo tengo que comunicar para que consigan al que esté de guardia. No se van a sentir por eso. Pasa a cada rato
Assis: Listo amigo
Sergio: Mira, sin problema. Tu envia los mensajes y si no los atienden. No es tu responsabilidad. Ni te preocupes. Fresco amigo que todo va a salir bien
Sergio: Jajajajaajjaja
Assis: Listo amigo pero siempre es duro por que siempre se ha descargo esfuerzo en ese tema
Assis: Tanto fernando como yo
Sergio: El servicio de guardacostas debe estar informado, por eso te recomiendo que tu envies los informes y ya lo demas es responsabilidad de ellos
Assis: Copiado amigo
Sergio: Lo bueno es que ya notifiqué
Assis: Listo
Assis: Amigo llama acaba de salir rumbo a panamà con 1597 kilos lancha negra con tres motores negros
Sergio: Anoche cancelaron todo! Ya an gastado demaciado dinero en abiones, lanchas y resfuerzos con Asis. No estan feliz ahorita. Esto es lo que me acaban de contestar de Houston. Deja ver que hacen. Ojala que sea positivo
Assis: Huy amigo que nota tan triste esa. Con semejante desgaste que he tenido aqui amigo exponiendo todo pero bueno si por la salida de anoche se frustraron como podré estar yo que llevo año y medio con este desgaste ·
Sergio: Asi lo veo, para que veas que dificil es lidiar con nuestro querido gobierno. Pero no te pongas triste vas a ver que van a reaccionar. Ya Frank tambien está haciendo su parte
Assis: Listo amigo
Sergio: No, ya estoy con el. Es la ultima comunicacion de Frank. Asi es de que animo. Ya estan echandose a andar desde Panama
Assis: (y) el jefe operativo debes de ser tu amigo jajajjajaajajajja
Sergio: Por eso creo que debo estar cerca de ti para coordinar pero afortunadamente Panama ya se puso en accion$
Assis: Necesito llamrte para mencionarte unos temas pero cuando tengas el tiempo amigo.
Sergio: Si, mira, vamos a tratar de sacar este asunto adelante y si sale positivo. Nomas me dejas que tenga la reunion el miercoles con Frank y sus jefes para ver como van a quedar las cosas y nos ponemos a coordinar los temas para salir adelante
Assis: Perfecto amigo
Sergio: Fresco amigo. No pasa nada. Ojalá que esto sea positivo. Si pudiste que salió y los datos son correctos?
Assis: Mas que correctos amigo tenia el muchacho mio en el sitio de salida
Sergio: Perfecto, a ver si la sig podemos poner un tracker device. Para llevar las coordenadas a cada avance que tenga
Assis: Hay mucho por hacer amigo
Sergio: Asi lo creo, solo que somos dos culturas diferentes. Por eso requiero estar ahi para coordinar
Assis: Listo amigo espero que podamos seguir adelante.