# COMPOSITE EXHIBIT "C"

-Burrola's (ICE Agent) BBM messages-

**CERTIFIED INTERPRETING & TRANSLATING SERVICES, INC.**
**CERTIFICATE OF ACCURACY**
3 Island Avenue 3-H, Miami Beach, F.L. 33139
Ph. (786)888-8636 C. (305)490-9265 F. (305)675-7724
www.certifiedinterpreting-translating.net

I hereby certify that I, María del Pilar Fernández, am a professionally qualified translator, fully versed in the Spanish and English languages. I am a certified court interpreter, holding the Federal Court Interpreter Certification as well as the State of Florida Court Interpreter Certification, and a Master of Arts in Bilingual Legal Interpreting from the University of Charleston in Charleston, South Carolina. I am a member in good standing of the American Translators Association, the Association of Translators and interpreters of Florida and the National Association of Judiciary Interpreters and Translators. I attest that the foregoing is, to the best of my knowledge, ability and belief, a true and correct translation from Spanish into English of the document presented to me written in the Spanish language as the original or as a copy of the original.

Document Translated is as follows:
**Exhibit "C"– Burrola's BBM Message**

Miami-Dade County, Florida, this sixth (28th) day of April, two thousand sixteen (2017).

_____
MARIA DEL PILAR FERNANDEZ

STATE OF FLORIDA     )
MIAMI-DADE COUNTY    )

Sworn to (or affirmed) and subscribed before me this 28th day of April, 2017, by Maria del Pilar Fernandez.

Produced Identification ✓    Type of Identification Produced: P655-544-82-552-1

_____
Signature of Notary Public-State of Florida    Notary Seal:



Kimberly Acevedo
COMMISSION #FF924454
EXPIRES: October 24, 2019
WWW.AARONNOTARY.COM

| 6 | [Illegible logo] Frank |
|---|---|
| | **Summary:**                                                      **Origin:** <br> **Created:**                                                     **Address:** <br> **Modified:**                                               **Add:** <br><br>**Participants:**<br><br>Assis, Frank<br><br>**Messages:**<br><br>Assis: Friend, sorry about the time but Fernando is not answering. We were working on taking down a speedboat and it just left 5 min ago towards Panama so that you can let someone know. Thank you, my friend,<br><br>Frank: I am working on locating him.  I will let you know. I am also communicating with Panama.<br><br>Assis: OK good to know my friend. It is black, with black engines and is carrying 1597 kilos my friend. Thank you for your attention.<br><br>Frank:  Should I say pacific or Caribbean?<br><br>Frank: Give me everything you know<br><br>Frank:  On which side is very important<br><br>Assis: It left from Golfo de Uraba in the municipality of Mulatos in the Caribbean and it is heading to Panama. But Fernando just contacted me and says it's OK.<br><br>Frank: That is great! Both countries are in. Let's see what happens, good luck.<br><br>Assis:  Good luck my friend.<br><br>Frank: Panama is ready at both sides I hope. I will let you know or Fernando will.<br><br>Assis: All the luck my friend. |

| 7 | [Ilegible logo] Charla Sergio2 |
|---|---|

**Summary:**
**Origin:**
**Created:**                                    **Address:**
**Modified:**                                   **Add:**
**Participants:**

Assis, Sergio

**Messages:**

Sergio: My friend, good morning. This is the pin for Jorge Rodriguez DEA Supervisor in Bogota; 242CA092 please communicate with him in about 20 min. I will be telling him that he should coordinate things with you. In the following message, I will send you Alex's pin with the DEA in Bogota.

Sergio: This is the one for Alex Navarro. Please send him a message. This cannot continue like this.

Sergio: PING!!!

Assis: Hello my friend, I am sorry, but for security reasons I was moving to different zone and I had my devices turned off.

Assis: Hello

Sergio: Yes, don't worry, get in touch with them please and forget about Frank, everything is going to be sent directly to the DEA. Luis Sierra was not doing things right in Bogota it is better if you go directly to them. I will try to get them to interview you without me, if I must go, I will GO

Assis: OK, perfect my friend and do you have Alex's pin?

Sergio: I already sent it to you.

Assis: And is it the same as Jorge Rodriguez's?

Sergio: That of Alex and Jorge Rodriguez. Alex does not have your case anymore, but he is going to connect you to his replacement who is going to take care of it. He should be in a meeting with his boss today to leave everything coordinated.

Assis: Should I introduce myself as Assis?

Sergio: No, it is not the same one. Alex Navarro's is 221353C4, please look for him'

Sergio: That's right, they already know.

Sergio: Just tell them; "I am a friend of Sergio's" and they will know.

Assis: OK, perfect, I will call Alex to see if he has given Jorge the needed information, then I will call Jorge

Sergio: Yes, please, and let Erick know.

Assis: Perfect my friend, I will do it that way and I will keep you informed of everything.

Sergio: This is about to start rolling.

Sergio: Please, do not communicate with Frank, please listen to me.

Assis: It shall be my friend, do not worry.

Sergio: If you have any problems, call me and I will fix them.

Assis: Perfect my friend, thank you and regards to your family please.

Sergio: Same to you and good luck.

| 8 | [Ilegible logo] Vale | |
|---|---|---|
| | Summary: | |
| | Origin: | |
| | Created: | Address: |
| | Modified: | Add: |
| | I am sending you the name of alias "el grillo", the bodyguard for Valenciano. JHON ALEXANDER QUINONES MOLINA. | |
| 9 | [Ilegible logo] Carlos | |
| | Summary: | |
| | Origin: | |
| | Created: | Address: |
| | Modified: | Add: |
| | Carlos Serralde | |

### 6. Frank

**Resumen:**
**Creado:**
**Modificado:**
**Origen:**
**Dirección:**
**Colocar:**

Participantes:

Assis, Frank

Mensajes:

Assis: Amigo me disculpo por la hora lo que pasa es que femando no me contesta Estabamos trabajando para tumbar una lancha y acaba de salir hace 5 minutos rumbo a panamá por si puedes avisar. Gracias amigo
Frank: Ya estoy en localizando amigo. Te aviso. Tambien estoy en comunication con panama
Assis: A que bueno saberlo amigo. Es negra con motores negros y va con 1597 kilos amigo. Gracias por atenderme
Frank: Digo pacifico or carabiean
Frank: La lancha esta en el pacifico o atlantico
Frank: Dame todo lo que puedas
Frank: De que lado es muy importante
Assis: Salio del golfo de uraba del municipio de mulatos en el caribe y va con rumbo a panamá Pero femando me acaba de salir al medio me dice que Ok
Frank: Que bueno! Ya estan los dos paises Hanber que pasa, suerte
Assis: Suerte amigo
Frank: Panama ya esta! De los dos lados espero. Te aviso or femando le dice
Assis: Toda la suerte amigo

### 7. Charla sergio2

**Resumen:**
**Creado:**
**Modificado:**
**Origen:**
**Dirección:**
**Colocar:**

Participantes:

Assis, Sergio

Mensajes:

Sergio: Amigo, buenos dias. Este es el pin de Jorge Rodriguez supervisor de la DEA en Bogota 242CA092 por favor comunicate con el en unos 20 min. Voy a decirle que deben coordinar las cosas contigo. Y en el sig mensaje te envio el pin de alex de la DEA en Bogotá
Sergio: Este es el de Alex Navarro. Para que les mandes un mensaje, por favor. Esto no puede seguir asi
Sergio: PING!!!
Assis: Hola amigo que pena con tigo que estaba moviendo de zona y por seguridad tenia estos medios apagados.
Assis: Hola
Sergio: Si, no te preocupes, ponte en comunicacion con ellos por favor y olvidate de Frank, todo se lo van a mandar directo a la DEA. Luis Sierra estaba haciendo las cosas mal en Bogotá, asi es de que por favor vete directo con ellos. Voy a ver que te puedas entrevistar con ellos sin que yo vaya y si necesito ir. VOY
Assis: A perfecto amigo y tienes el pin de alex?
Sergio: Ya te lo mandé
Assis: A es el mismo de jorge rodriguez?
Sergio: El de Alex y el de Jorge Rodriguez, Alex ya no tiene tu caso, pero te va a poner en conexion con su compañero que se va a hacer cargo. Hoy debe tener la junta con su jefe para quedar coordinados
Assis: Y me les presento por aqui como assis?
Sergio: No, no es el mismo, el de Alex Navarro es 221353C4 para que lo busques por favor
Sergio: Asi es. Ya saben
Sergio: Nomas diles "soy amigo de Sergio" y van a saber
Assis: A perfecto le marcaré a alex y para saber si ya el ambientó el tema con jorge y luego le marco a jorge
Sergio: Si, por favor y avisale a Erick
Assis: Perfecto amigo asi lo haré y te tendré al tanto de todo
Sergio: Que esto va a rodar
Sergio: Por favor, ya no te comuniques con Frank. Hasme caso por favor
Assis: Asi será amigo tranquilo
Sergio: Cualquier cosa, comunicate conmigo y yo lo arreglo
Assis: Perfecto gracias amigo saludos a la familia por favor
Sergio: Igual y suerte

### 8. Vale

**Resumen:**
**Creado:**
**Modificado:**
**Origen:**
**Dirección:**
**Colocar:**

Por aqui te dejo el nombre de alias el grillo el escolta de valenciano. JHON ALEXANDER QUIÑONES MOLINA.

### 9. Carlos

**Resumen:**
**Creado:**
**Modificado:**
**Origen:**
**Dirección:**
**Colocar:**

Carlos serralde