# EXHIBIT "D"

-Kibble (DEA Agent) Affidavit-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20763-CR-LENARD(s)

UNITED STATES OF AMERICA

v.

ARLEY USUGA TORRES,
  a/k/a "07,"
  a/k/a "Siete,"
  a/k/a "Samuel,"

_____/

### AFFIDAVIT IN SUPPORT OF EXTRADITION

I, KRISTINE D. KIBBLE, being duly sworn, depose, and state:

1.    I am a citizen of the United States.

2.    I am a Special Agent with the Drug Enforcement Administration ("DEA") in Miami, Florida. I have been employed by the DEA for approximately four and a half years.

3.    The DEA is one of the agencies within the United States Government responsible for the enforcement of federal narcotics laws. As an agent with the DEA, I have personally conducted and participated in numerous investigations that have resulted in the arrests and convictions of people responsible for trafficking in narcotics.

4.    Based on my training and experience as an agent with the DEA, I am familiar with the means and methods that narcotics traffickers use to import illicit drugs, and I am familiar with the support and assistance that narcotics organizations require to conduct their illegal activities. I have also become knowledgeable about the criminal statutes of the United

1

States, and the federal narcotics and money laundering statutes in particular.

5. My duties have included conducting an investigation of HENRY De JESUS LOPEZ LONDOÑO, a/k/a "Mi Sangre," a/k/a "Salvador," a/k/a "Carlos Mario," a/k/a "Brother," a/k/a "Krackin," a/k/a "Federico" (hereinafter "LOPEZ-Londono"), JOHN FERNANDO GIRALDO USUGA, a/k/a "Jhon Fernando Giraldo Usuga," a/k/a "Simon," a/k/a "Revenlino" (hereinafter "Jhon GIRALDO-Usuga"), ARLEY USUGA TORRES, a/k/a "07," a/k/a "Siete," a/k/a "Samuel" (hereinafter "USUGA-Torres"), JOSE CARLOS LONDOÑO ROBLEDO, a/k/a "Tito," a/k/a "Wolverine" (hereinafter "LONDONO-Robledo"), CARLOS ANTONIO MORENO TUBERQUIA, a/k/a "Nicholas" (hereafter MORENO-Turberquia), EDISON GOMEZ MOLINA, a/k/a "El Doctor" (hereinafter "GOMEZ-Molina") and JUAN DIEGO GIRALDO USUGA, a/k/a "Menor," a/k/a "Camilo" (hereinafter "Juan GIRALDO-Usuga") (also collectively referred to as "the Defendants"), and other members of a drug trafficking organization ("DTO") who have been indicted in the case captioned <u>United States v. Henry De Jesus LOPEZ-Londono, et al.</u>, Case Number 10-20763-CR-LENARD(s).

6. As one of the lead investigators, I am familiar with the evidence in the case. The information contained in this affidavit is based on my personal knowledge, as well as on information obtained by other law enforcement agents and cooperating government witnesses.

## I. Background

7. The period between 2003 and 2005 saw the creation in Colombia of the "Bacrim," the Spanish acronym for "criminal bands." These bands inherited the structure of the former United Self-Defence Forces of Colombia ("Autodefensas Unidas de Colombia", or "AUC"), as well as much of the AUC's narcotics and arms trafficking businesses. The Bacrim "Uraba"

2

(hereinafter "Bacrim-Uraba") operates in northern Colombia in the departments of Antioquia, Cordoba, Magdalena, Bolivar, Atlantico, and Cesar. Bacrim-Uraba manufactures and distributes cocaine. Bacrim-Uraba also maintains a standing force of armed guards, many of whom are former AUC soldiers.

8. The lead defendant in this case, LOPEZ-Londono, is one of the leaders within the Bacrim-Uraba. In the past three years, LOPEZ-Londono has transitioned to exporting cocaine, via oceangoing vessels, from Colombia to Panama and Mexico, for ultimate distribution in the United States. The remaining defendants in this case work with, or under the close supervision of, LOPEZ-Londono. This investigation focused on numerous cocaine loads that were successfully exported from Colombia during the course of the conspiracy. The conspiracy began in at least October of 2006 and continued until February 2012.

## II. Evidence

9. From approximately April 2009 to March 2010, a confidential source (CS-1) transported multi-hundred kilogram loads of cocaine, on behalf of LOPEZ-Londono, LONDONO-Robledo, MORENO-Tuberquia, and several other individuals. Each cocaine load contained approximately 300 kilograms of cocaine, shipped via maritime routes, from the Gulf of Uraba, Colombia, to Panama, for ultimate distribution to the United States. The total amount of cocaine that successfully arrived in Panama during this time period was approximately 900 to 1,200 kilograms of cocaine.

10. Before each cocaine load was transported, each investor, including LOPEZ-Londono, LONDONO-Robledo, MORENO-Tuberquia, would meet with CS-1 and discuss the transportation fees and quantity of cocaine that would be contributed to each shipment. Each

3

investor would send representatives to meet with CS-1 to discuss the cocaine trafficking venture. CS-1 was notified of the exact amount of cocaine each investor would contribute for shipment.

11. In March of 2010, after successfully completing a series of 300 kilogram cocaine trafficking ventures to Panama, with the ultimate destination of the cocaine being the United States, CS-1 met with LOPEZ-Londono at a farm in the Uraba region of Colombia. During the meeting with CS-1, LOPEZ-Londono requested CS-1's assistance with transporting large quantities of cocaine from the Gulf of Uraba, Colombia, to Panama, for ultimate transportation to, and distribution in, the United States. In response to LOPEZ-Londono's request to provide drug trafficking transportation services, CS-1 described to LOPEZ-Londono the drug trafficking route that CS-1 would utilize from Colombia to Panama, the location where the cocaine would be off-loaded near Colon, Panama, and the taxes and transportation fees associated with each drug shipment. Specifically, CS-1 and LOPEZ-Londono discussed conducting approximately three trips a week with a capacity of approximately 200 to 500 kilograms of cocaine per vessel. CS-1 advised LOPEZ-Londono of the cost to transport each kilogram of cocaine and agreed to lower the transportation costs if LOPEZ-Londono agreed to utilize the CS' drug transportation services on a routine basis.

12. During the meeting, LOPEZ-Londono was adamant that the cocaine needed to be delivered in Panama City, Panama, because LOPEZ-Londono had "Mexican buyers" there. CS-1 recommended using CS-1 and CS-1's associates to transport the cocaine from Colombia to Colon, Panama, by vessel, and then from Colon to Panama City via land routes.

13. During the meeting, LOPEZ-Londono also explained to CS-1 that CS-1 would need to meet with Jhon GIRALDO-Usuga to further discuss these drug trafficking ventures.

4

During conversations with LOPEZ-Londono, CS-1 learned that LOPEZ-Londono referred to Jhon GIRALDO-Usuga as his "brother," and that he had invested in several drug trafficking ventures with Jhon GIRALDO-Usuga. CS-1 also learned that LOPEZ-Londono and Jhon GIRALDO-Usuga owned properties together and asked for CS-1's opinion regarding the suitability of a property they jointly owned in Cartagena as a staging area for future narcotics shipments.

14. Approximately two weeks after the above-mentioned meeting with LOPEZ-Londono, CS-1 was again summoned to meet with LOPEZ-Londono at the same location. When CS-1 arrived at the farm, there was another meeting in progress. CS-1 remained in a separate room until the first meeting concluded. After entering the room to meet with LOPEZ-Londono, CS-1 explained that, as instructed in the meeting referenced in paragraphs 11 through 13, he (CS-1) had met with Jhon GIRALDO-Usuga on behalf of LOPEZ-Londono. CS-1 explained to LOPEZ-Londono that, during CS-1's meeting with Jhon GIRALDO-Usuga, CS-1 discussed all the details that CS-1 previously discussed with LOPEZ-Londono regarding the transportation of cocaine from the Gulf of Uraba, Colombia, to Colon, Panama.

15. From approximately September 2010 to July 2011, CS-1 lawfully recorded approximately 25 conversations in which CS-1 discussed narcotics trafficking activities with members of LOPEZ-Londono's DTO. In September 2010, CS-1 met with Jhon GIRALDO-Usuga (at the request of LOPEZ-Londono), GOMEZ-Molina, and several others. During the meeting, Jhon GIRALDO-Usuga changed the off load point for the cocaine shipment from Panama to Costa Rica. CS-1 was instructed to oversee the transportation of the cocaine from the Gulf of Uraba, Colombia, to Costa Rica.

5

16. Also during the meeting, one of the participants, a Mexican national, was using a computer which displayed a map of the Mexico/U.S. border. The Mexican national pointed out to everyone at the meeting all of the entry points into the United States, including Tijuana, Mexico; Nogales, Arizona; San Luis Colorado, Mexico; El Paso, Texas; Juarez, Mexico; Reynosa, Mexico; and Matamoras, Mexico. The Mexican national also showed everyone the secondary inspection points for U.S. law enforcement and explained that it was a lot easier for him and his associates to transport narcotics into the U.S. before the September 11, 2001, attacks.

17. In subsequent meetings with Jhon GIRALDO-Usuga, Jhon GIRALDO-Usuga boasted to CS-1 that he (Jhon GIRALDO-Usuga) had a great relationship with his Mexican counterparts, specifically with Joaquin Archivaldo Guzman-Loera, a/k/a "Chapo Guzman."

18. In December of 2010, CS-1 had a series of Blackberry Instant Message ("BBM") conversations with Juan GIRALDO-Usuga, the younger brother of Jhon Fernando GIRALDO-Usuga, regarding the transportation of cocaine, via fishing vessels, to Costa Rica, for ultimate distribution to the U.S. Agents have debriefed several CSs and confidential defendants who have confirmed that the ultimate destination of the cocaine is the U.S. CS-1 confirmed the price to transport the cocaine to Costa Rica. Juan GIRALDO-Usuga requested a quote of the price to transport cocaine to Panama as well. CS-1 and Juan GIRALDO-Usuga also discussed, and arranged for, CS-1 to meet with Jose LONDONO-Robledo, to assist with financing the cocaine. Also, CS-1 and Juan GIRALDO-Usuga discussed transportation fees, taxes, and security for the cocaine. Juan GIRALDO-Usuga and CS-1 discussed all the prices in U.S. dollars - a further confirmation that the cocaine would ultimately be transported to and distributed in the United States.

6

19. In January 2011, CS-1 had a BBM conversation with LONDONO-Robledo with regards to the cocaine shipment. LONDONO-Robledo asked CS-1 if the cocaine load was ready for transportation. CS-1 confirmed that everything was moving forward, but that all of the drugs had yet to be collected.

20. Also in January 2011, CS-1 had another BBM conversation with Juan GIRALDO-Usuga, who indicated that Juan GIRALDO-Usuga already had a Mexican buyer for the cocaine. In January 2011, CS-1 met with Jhon GIRALDO-Usuga and Juan GIRALDO-Usuga and again discussed the details of transporting cocaine to both Costa Rica and Panama, for ultimate distribution to the U.S. During the meeting, Jhon GIRALDO-Usuga bragged about being in the drug trafficking business for over 23 years and that he had worked with every major drug cartel in Colombia.

21. In April of 2011, Jhon GIRALDO-Usuga changed the launch points in Colombia for the vessels CS-1 was to use to transport the cocaine. When this occurred, CS-1 had to meet with another commander within Bacrim-Uraba to coordinate the vessel departures. Thus, LONDONO-Robledo arranged for a meeting between CS-1 and USUGA-Torres. During the first meeting set up by LONDONO-Robledo, CS-1 met with the "right hand man" of USUGA-Torres, a man with the alias "Cascarita." During the meeting, Cascarita confirmed that Carlos Antonio MORENO-Tuberquia was a supervisor of several drug trafficking ventures. During the meeting, CS-1 and Cascarita also discussed LOPEZ-Londono, USUGA-Torres, and LONDONO-Robledo, and their roles in the DTO.

22. Several days later, CS-1 met with USUGA-Torres and Cascarita. During the meeting, USUGA-Torres confirmed to CS-1 that he (USUGA-Torres) had the infrastructure in

7

place to transport the cocaine to Panama City, Panama, and points further north of Honduras.

23. Also in April 2011, CS-1 met with Jhon GIRALDO-Usuga and a person who functioned as the secretary of LOPEZ-Londono. During the meeting, LOPEZ-Londono's secretary explained to CS-1 how the DTO had transported cocaine to Colon, Panama, but had lost a load while trying to transport the cocaine to Panama City, Panama, via land routes.

24. In May 2011, CS-1 met with USUGA-Torres, the brother of USUGA-Torres, the secretary of USUGA-Torres, and a fourth individual. USUGA-Torres provided CS-1 with a photograph of an individual that USUGA-Torres had instructed Jhon GIRALDO-Usuga to kill. USUGA-Torres also asked about the status of the drug trafficking operations to Panama and Costa Rica. CS-1 indicated that the group had been able to collect approximately 350 kilograms of cocaine and everyone was waiting for the Mexicans to provide the funds for an additional 500 kilograms of cocaine. USUGA-Torres then commented on how the cocaine needed to be sent to Panama because members of Bacrim-Uraba controlled Panama. USUGA-Torres then asked CS-1 if they had buyers in Panama. CS-1 replied that LONDONO-Robledo, LOPEZ-Londono, and Jhon GIRALDO-Usuga said they had Mexican buyers in Panama.

25. A second confidential source ("CS-2") has known Jhon GIRALDO-Usuga and Juan GIRALDO-Usuga for approximately seven to eight years. CS-2 met with both Jhon GIRALDO-Usuga and Juan GIRALDO-Usuga on numerous occasions throughout 2010 to discuss drug trafficking activities via aircraft.

26. A third confidential source ("CS-3") met with Jhon GIRALDO-Usuga, Juan GIRALDO-Usuga, and GOMEZ-Molina in Colombia in April and May of 2009 to discuss obtaining aircraft in the United States for use in narcotics trafficking ventures.

27. A fourth confidential source ("CS-4") attended several meetings in July and August of 2010 with Jhon GIRALDO-Usuga, Juan GIRALDO-Usuga, and several unidentified persons, in Colombia to discuss the recovery of an aircraft that had been grounded in another country due to registration issues. Jhon GIRALDO-Usuga, Juan GIRALDO-Usuga, and the unidentified persons told CS-4 that they wanted CS-4 to recover this aircraft and assist in moving it to Colombia so it could be used to transport cocaine shipments. During the meetings, they also discussed debts owed to several unidentified drug traffickers. Several months after the meetings, Jhon GIRALDO-Usuga had a BBM conversation with CS-4 in which Jhon GIRALDO-Usuga advised CS-4 that LOPEZ-Londono was going to beat or kill CS-4 for not recovering certain aircraft.

28. A fifth confidential source (CS-5) met in June 2008 with LOPEZ-Londono, USUGA-Torres, and others regarding the purchase of approximately 2,000 kilograms of cocaine base from members of the Revolutionary Armed Forces of Colombia (the "FARC"), a terrorist organization operating in Colombia. The price per kilogram of cocaine base was approximately $750.

29. The evidence obtained in this investigation clearly shows that this DTO, led by LOPEZ-Londono, planned and conducted numerous narcotics trafficking ventures involving multiple nations, including Panama, Colombia, Honduras, and Mexico, with the ultimate destination of the cocaine being the United States. In addition, the conversations and meetings lawfully recorded in the course of this investigation clearly show that the DTO members knew the cocaine would ultimately be imported into the United States from Mexico or other locations.

9

30. Finally, the conspiracy involved the attempted purchase of an aircraft in the United States. The DTO intended to use that aircraft to transport cocaine from Colombia to Honduras or Mexico, with the ultimate destination being the United States.

### III. Identification

31. ARLEY USUGA TORRES, a/k/a "07," a/k/a "Siete," a/k/a "Samuel," is a citizen of Colombia, born on August 14, 1979, Tierralta - Cordoba, Colombia. His Colombian issued cedula identification number is 71.255.292. Attached to this affidavit as Exhibit E, is a copy of ARLEY USUGA TORRES's national civilian registry information, including a photograph. Several cooperating sources have looked at the photograph attached as Exhibit E and confirmed that the national civilian registry photograph is that of ARLEY USUGA TORRES, a/k/a "07," a/k/a "Siete," a/k/a "Samuel," the person whose criminal conduct is described in this affidavit and who has been charged in superseding indictment number 10-20763-CR-LENARD(s). Law enforcement officers in Colombia have confirmed that the person in Exhibit E is ARLEY USUGA TORRES, the person who was recently arrested in Colombia on a provisional arrest warrant.

Kristine D. Kibble, Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED BEFORE
ME THIS ___ DAY OF JANUARY, 2014

EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

10