# EXHIBIT "E"

-ICE Hierarchy Chart-

**Daniel RENDON HERRERA ORGANIZATION**
**March 2010**

U.S. Department of the Treasury
Office of Foreign Assets Control
Foreign Narcotics
Kingpin Designation Act

U.S. Drug Trafficking
Indictment (2009)
Southern District of New York



Daniel RENDON HERRERA
(a.k.a. "Don Mario")
DOB 12 Nov 1964
Cedula No. 8011284
(Colombia)

Named by the President as a Kingpin May 29, 2008

Arrested on
April 18, 2009
by Colombian Authorities

### CRIMINAL SUPPORTERS



Freddy Enrique
RENDON HERRERA
Cedula No. 15349586
(Colombia)

Jhon Freddy
MANCO TORRES
Cedula No. 71981982
(Colombia)



Camilo TORRES MARTINEZ
Cedula No. 71984381
(Colombia)

Jorge Eliecer
OCAMPO MORALES
Cedula No. 8436687
(Colombia)

Gonzalo Alberto
MEJIA VALENCIA
Cedula No. 70729968
(Colombia)



Juan Felipe
SIERRA FERNANDEZ
Cedula No. 98864896
(Colombia)

### CRIMINAL GANG LEADERS (BACRIM) ALLIED WITH RENDON HERRERA

 

Dairo Antonio USUGA DAVID
Cedula No. 71980084
(Colombia)

Juan de Dios USUGA DAVID
Cedula No. 71938340
(Colombia)

 

Arnulfo SANCHEZ GONZALEZ
DOB 14 Jul 1972
(Colombia)

Walter OCHOA GUISAO
Cedula No. 10179878
(Colombia)

 

Jose Maria NEGRETE LUNA
Cedula No. 18031898
(Colombia)

Roberto VARGAS GUTIERREZ
Cedula No. 71981878
(Colombia)

### FINANCIAL FRONTMEN

  

Julio Alberto TORO OSORIO
Cedula No. 18367370
(Colombia)

Julio Cesar NINO CARDENAS
Cedula No. 70613214
(Colombia)

Carlos Mario SALAZAR CARDENAS
Cedula No. 13485023
(Colombia)

### FINANCIAL NETWORK

**Colombia**

CONTROL TOTAL LTDA
NIT # 8110188618
(Envigado, Colombia)

CANINOS PROFESIONALES LTDA
NIT # 8002104848
(Medellin, Colombia)

AGROPECUARIA HATO
SANTA MARIA LTDA
NIT # 9001387815
(Medellin, Colombia)

VIGILAR COLOMBIA LTDA
NIT # 8909390138
(Apartado, Colombia)

REPUESTOS EL HATO Y CIA LTDA
NIT # 8110937873
(Medellin, Colombia)

RENTA CAMPEROS URABA LTDA
NIT # 8909417882
(Apartado, Colombia)

MI CARRO E.U.
NIT # 9007580838
(Medellin, Colombia)

CENTRO DE DIAGNOSTICO AUTOMOTRIZ
EJE BANANERO S.A.
NIT # 900228328
(Apartado, Colombia)