# COMPOSITE EXHIBIT "F"

-Argentine Immigration records and Asylum Petition-

### CERTIFIED INTERPRETING & TRANSLATING SERVICES, INC.
### CERTIFICATE OF ACCURACY
3 Island Avenue 3-H, Miami Beach, F.L. 33139
Ph. (786)888-8636 C. (305)490-9265 F. (305)675-7724
www.certifiedinterpreting-translating.net

I hereby certify that I, María del Pilar Fernández, am a professionally qualified translator, fully versed in the Spanish and English languages. I am a certified court interpreter, holding the Federal Court Interpreter Certification as well as the State of Florida Court Interpreter Certification, and a Master of Arts in Bilingual Legal Interpreting from the University of Charleston in Charleston, South Carolina. I am a member in good standing of the American Translators Association, the Association of Translators and interpreters of Florida and the National Association of Judiciary Interpreters and Translators. I attest that the foregoing is, to the best of my knowledge, ability and belief, a true and correct translation from Spanish into English of the document presented to me  written in the Spanish language  as the original or as a copy of the original.

Document Translated is as follows:

**Exhibit "F"– Argentine immigration Records and Asylum Petition**

Miami-Dade County, Florida, this sixth (28th) day of April, two thousand sixteen (2017).

MARIA DEL PILAR FERNANDEZ

STATE OF FLORIDA      )
MIAMI-DADE COUNTY  )

Sworn to (or affirmed) and subscribed before me this 28th day of April, 2017, by Maria del Pilar Fernandez.

Produced Identification ____ Type of Identification Produced: P655 544-82-552-1

Signature of Notary Public-State of Florida        Notary Seal:



Kimberly Acevedo
COMMISSION #FF924454
EXPIRES: October 24, 2019
WWW.AARONNOTARY.COM

[Great Seal
of
Argentina]
**ARGENTINE REPUBLIC**
MINISTRY OF THE INTERIOR
[ILLEGIBLE]         *5992382008*

[Illegible rubber stamp]

[Photograph of a male]

599238 2008

## CERTIFICATE OF PROVISIONAL RESIDENCE FOR ASYLUM APPLICANT

THE UNDERSIGNED OFFICIAL ON BEHALF OF THE ARGENTINE IMMIGRATION SERVICE CERTIFIES that the holder of this certificate **LÓPEZ LONDOÑO HENRY DE JESÚS** a **COLOMBIAN** citizen born on **02/15/1971** who identified himself with **IDENTITY CARD 71721132** and established his residence at **VENEZUELA 6665, MORENO** [handwritten "*"] has applied for asylum in the Republic, which is under consideration by the pertinent authorities --------------------------------------------
-------------------------------------------------------------------------------------

It is hereby decided to grant him a **PROVISIONAL RESIDENCE** valid for **45 DAYS**, with permission to perform tasks in exchange for compensation, and upon its expiration he must appear before this Secretary's Office, before a branch office of the Argentine Immigration Service in the provinces, or before the Police Authority of the place where he has established his residence, for the renewal hereof, being advised he shall otherwise be deemed to have withdrawn his application for Asylum.--------------

Given in Buenos Aires, on the   **18th**   day of the month of   **April**   , **2008**

[Handwritten:] * *THIS SHALL READ: 11 DE SEPTIEMBRE, 4544   NIVEL 1   APART 1 [Illegible]... Depto. 1 CAP*

"HANDWRITTEN TEXT APPROVED" ]

[Oval rubber stamp:
* MINISTRY OF
THE INTERIOR *
(Great Seal of
Argentina)
(Rest illegible)]

[(Signed) Illegible]
[ILLEGIBLE]
Argentine Immigration
Service

[(Signed) Illegible]

*Signature and Stamped Name
Varga Alvarez (Illegible), Esq.*
[Illegible]

**RENEWALS BY POLICE AUTHORITY OF THE PLACE WHERE RESIDENCE IS ESTABLISHED**
Each shall be for THIRTY (30) days (after the initial [illegible] days) and must be notified immediately to the ARGENTINE IMMIGRATION SERVICE [DIRECCIÓN NACIONAL DE MIGRACIONES] – FEDERAL CAPITAL...

**FIRST RENEWAL FOR THIRTY (30) DAYS...**
Place, date, and printed name of the intervening authority...

**SECOND RENEWAL FOR THIRTY (30) DAYS...**
Place, date, and printed name of the intervening authority...


REPUBLICA ARGENTINA
MINISTERIO DEL INTERIOR
**5992382008**



## CERTIFICADO DE RESIDENCIA PRECARIA DE PETICIONANTE DE REFUGIO

EL FUNCIONARIO FIRMANTE, EN REPRESENTACION DE LA DIRECCION DE MIGRACIONES, CERTIFICA Que el la titular del presente **LOPEZ LONDOÑO HENRY DE JESUS** de nacionalidad **COLOMBIANA** nacido a el **15/02/1971** quien se identifica con **CEDULA DE IDENº 71721132** y constituye domicilio en **VENEZUELA 6655, MORENO** ha solicitado refugio en la Republica, el cual se encuentra para la consideración de las de las autoridades pertinentes

Por la presente se le acuerda una **PERMANENCIA PRECARIA** valida por **45 DIAS**, con habilitación para desempeñar tareas remuneradas, debiendo presentarse a su vencimiento ante esta Secretaría, Delegación de la D.N.M en el interior del pais o bien ante la Autoridad Policial del lugar fijado como domicilio, para su renovación, bajo apercibimiento de tenerlo por desistido del pedido de Refugio que formulara

Dado en Buenos Aires, a los **18** dias del Mes de **Abril** de **2008**

**RENOVACIONES POR AUTORIDAD POLICIAL DEL LUGAR FIJADO COMO DOMICILIO.**
Será por TREINTA (30) dias cada una (posteriores a los 60 dias inscriptos) y corresponderá comunicarla de inmediato a la DIRECCION NACIONAL DE MIGRACIONES - CAPITAL FEDERAL

**PRIMERA RENOVACIÓN POR TREINTA (30) DIAS**
Lugar, fecha y firma aclarada de autoridad interviniente

**SEGUNDA RENOVACIÓN POR TREINTA (30) DIAS**
Lugar, fecha y firma aclarada de autoridad interviniente



239

Como José Rafael MORALES "VIVOS", con la misma fecha de nacimiento y nacionalidad, se registran los siguientes movimientos migratorios:

| APELLIDO Y NOMBRE | F.DE NAC. | NAC. | DOC. NRO. | FECHA DE VTO. | B.SAL | PASA CRUCE | EMP | NRO. | D.B.REF. PAIS | PROC/DEST |
|---|---|---|---|---|---|---|---|---|---|---|
| MORALES VIVOS JO RAFAEL | 04-05-1973 | VENEZO-LANA | P | 164°ao | 14-02-2009 06.11.29 | SALIDA | AERO EZEIZA | COPA | 364 | | PANAMA |
| MORALES VIVOS JOSE RAFAEL | 04-05-1973 | VENEZO-LANA | P | 164°46 | 15-01-2008 19.20.00 | ENTRADA | AERO JORGE NEWBERY | PLUNA | 189 | CALLAO 392 ESAS | URUGUAY |
| MORALES VIVOS JOSE RAFAEL | 04-05-1973 | VENEZO-LANA | P | 164°46 | 15-01-2008 08.30.42 | SALIDA | AERO JORGE NEWBERY | PLUNA | 184 | | URUGUAY |
| VIVOS JOSE RAFAEL | 04-05-1973 | VENEZO-LANA | P | 164746 | 09-07-2007 21.70.18 | ENTRADA | AERO EZEIZA | COPA | 379 | HOTEL TN | PANAMA |

23. Dos hojas de anotador del CARACAS PALACE HOTEL con anotaciones manuscritas. Uno comienza con la inscripción "VENTA BODEGA" y finaliza "A PARTIR 15 NOV/12" y el otro comienza "LOTE GIRA" y termina "ABRIL 15/2013 840.000".

 

24. Partida de nacimiento argentina de Valeria SUÁREZ GONZÁLEZ nacida el 8 de marzo de 2012, registrada como hija de Rolando José SUÁREZ RODRÍGUEZ, pasaporte venezolano número 019646373, y Doris Yaneth GONZÁLEZ.

24