# EXHIBIT "G"

-Notice of Absolution of all criminal charges in Colombia-

**CERTIFIED INTERPRETING & TRANSLATING SERVICES, INC.**
**CERTIFICATE OF ACCURACY**
3 Island Avenue 3-H, Miami Beach, F.L. 33139
Ph. (786)888-8636 C. (305)490-9265 F. (305)675-7724
www.certifiedinterpreting-translating.net

I hereby certify that I, María del Pilar Fernández, am a professionally qualified translator, fully versed in the Spanish and English languages. I am a certified court interpreter, holding the Federal Court Interpreter Certification as well as the State of Florida Court Interpreter Certification, and a Master of Arts in Bilingual Legal Interpreting from the University of Charleston in Charleston, South Carolina. I am a member in good standing of the American Translators Association, the Association of Translators and interpreters of Florida and the National Association of Judiciary Interpreters and Translators. I attest that the foregoing is, to the best of my knowledge, ability and belief, a true and correct translation from Spanish into English of the document presented to me written in the Spanish language as the original or as a copy of the original.

Document Translated is as follows:
**Exhibit "G"– Notice of Absolution of all Criminal charges in Colombia**

Miami-Dade County, Florida, this sixth (28th) day of April, two thousand sixteen (2017).

_____
MARIA DEL PILAR FERNANDEZ

STATE OF FLORIDA      )
MIAMI-DADE COUNTY   )

Sworn to (or affirmed) and subscribed before me this 28th day of April, 2017, by Maria del Pilar Fernandez.

Produced Identification ✓   Type of Identification Produced: P655-544-82-552-1

_____
Signature of Notary Public-State of Florida       Notary Seal:



Kimberly Acevedo
COMMISSION #FF924454
EXPIRES: October 24, 2019
WWW.AARONNOTARY.COM

## REPUBLIC OF COLOMBIA

-emblem-

## FIRST PENAL COURT OF THE CIRCUIT OF BOGOTÁ D.C.
ADMINISTRATIVE SERVICE CENTER

### THE UNDERSIGNED SENIOR OFFICIAL OF THE FIRST PENAL COURT OF BOGOTA D.C.

### HEREBY RECORDS:

That within cause No. 01-2009-00028 that advances against **JUAN BAUTISTA RUIZ FLOREZ, BAYRON FERNANDO GUTIÉRREZ OSORIO, HENRY JESUS LÓPEZ LONDOÑO, ALEXANDER VILLA LONDOÑO, SEGUNDO HUMBERTO, MONTENEGRO FREYRE, HECTOR LEONARDO BENAVIDES TORRES, JORGE IVAN TORO NARANJO, JEILER ANTONIO AVILA LONDOÑO, LEONEL ROBINSON GUEVARA y/o JHAIDER ANDRÉS GUEVARA, GILBERTO SAAVEDRA SALAS AND BLAVIMER OSPINA CAPERA,** by the punishable offense of aggravated trafficking narcotics, in conjunction of aggravated felony, , money laundering, this day three (03) of March of the year two thousand ten (2010), the first criminal court of the specialized circuit of Bogotá uttered a sentence of Acquittal, decision was confirmed on the seventh (7th) of December of the same year, 2010 by the Criminal Chamber of the High Court of the District Court of this city, such and as is appears in the copies enclosed in folio number seventy-six (76), page one hundred and twelve (112), which are faithful to their original. Decision that was duly executed the fourth **(04) February of the year two thousand eleven (2011)**.

The previous record was issued on the twenty-eight (28th) day of February, of the year two thousand eleven (2011), as requested by the interested party.

*-Signature-Seal-*
**ÁNGELA PATRICIA OSPINA VARGAS**
SENIOR OFFICIAL

*-Seal dated*
*Nov. 13, 2012-*

REPÚBLICA DE COLOMBIA



JUZGADO PRIMERO PENAL DEL CIRCUITO
ESPECIALIZADO DE BOGOTÁ D.C.
CENTRO DE SERVICIOS ADMINISTRATIVOS

LA SUSCRITA OFICIAL MAYOR DEL JUZGADO PRIMERO PENAL DEL CIRCUITO ESPECIALIZADO DE BOGOTÁ D.C.

HACE CONSTAR:

Que dentro de la causa No. 01-2009-00028 que se adelanta en contra de JUAN BAUTISTA RUIZ FLOREZ, BAYRON FERNANDO GUTIÉRREZ OSORIO, HENRY DE JESÚS LÓPEZ LONDOÑO, ALEXANDER VILLA LONDOÑO, SEGUNDO HUMBERTO MONTENEGRO FREYRE, HECTOR LEONARDO BENAVIDES TORRES, JORGE IVÁN TORO NARANJO, JEILER ANTONIO AVILA LONDOÑO, LEONEL ROBINSON GUEVARA y/o JHAIDER ANDRES GUEVARA, GILBERTO SAAVEDRA SALAS y BLAVIMER OSPINA CAPERA, por el punible de Tráfico de Estupefaciente Agravado, Concierto para Delinquir Agravado, Conformación de Grupos Armados Ilegales y Lavado de Activos Agravado, el día tres (03) Marzo del año dos mil diez (2010), el Juzgado Primero Penal del Circuito Especializado de Bogotá profirió sentencia ABSOLUTORIA, decisión que fue confirmada el siete (07) de diciembre del mismo año (2010) por la Sala Penal del Tribunal Superior del Distrito Judicial de esta ciudad, tal y como consta en las copias que se adjuntan en setenta y seis (76) folios contentivos de ciento doce (112) páginas, los cuales son fieles a su original. Decisión que quedo debidamente ejecutoriada el día **CUATRO (04) DE FEBRERO DEL AÑO DOS MIL ONCE (2011)**.

La anterior constancia se expide a los veintiocho (28) días del mes de Febrero del año dos mil once (2011), a solicitud del interesado.

ÁNGELA PATRICIA OSPINA VARGAS
OFICIAL MAYOR