# EXHIBIT "H"

-Summaries of meetings with ICE, DEA and Defendant-

## United States v. Lopez Londono
## Case no. 10-CR-20763-LENARD

From November 15, 2009 through November 18, 2009, at the request of the defendant Henry de Jesus Lopez Londono, agents of the United States government met with the defendant in Cartagena, Colombia. The government is in the process of obtaining report(s) that summarize statements made by the defendant. Although the following statements were not in response to interrogation, the government is voluntarily making this disclosure. The following is a summary of some of those statements:

- The defendant demobilized from the Autodefensas de Colombia (AUC) on April 9, 2008. He went to Argentina because he feared extradition to the United States.
- At the request of Daniel Rendon Herrera he returned to Colombia and accepted a leadership role in the Autodefensas Gaitanistas de Colombia (AGC).
- The AGC controlled 30 percent of Colombia.
- The defendant had 900 men under his military command and control.
- He was in charge of paying bribes to government officials.
- He identified Mauricio, Jiovanni, and El Flaco as 3 other AGC leaders.
- Each bloque had front commanders. The front commanders paid the AGC leaders 50% while the front commander kept the other 50%.
- The leaders used the 50% to buy weapons, ammunition, equipment, and other logistics.
- Drug traffickers operating in the AGC paid a tax for drug trafficking, which included land, sea, air, containers. The AGC taxed drug laboratories.
- The AGC taxed $300 per kilo and $400 per kilo for a container shipment out of Colombia.
- He met with representatives of El Chapo and Los Zetas because the Mexicans wanted to establish drug trafficking routes from Colombia to Mexico.
- The AGC controlled the port of Turbo.
- The AGC had attempted to exchange M-16s for cocaine with a group in Honduras.
- The AGC had M-16s, AK-47s, M60s, and RPGs.
- He had 5 intelligence units at his disposal to collect information on Colombia officials.
- He discussed drug traffickers/money launderers such as Los Paisas, Loco Barrera, Comba, Nino Fabian, Bernal, Alvaro Mesa, the Gayon Family, Pichi, Morro
- He has contacts in the coast, in the Valley, in Antioquia, and Bogota.
- He indicated that cocaine that is being smuggled to Spain through Africa, is smuggled by Spanish DTOs.
- He alleged payments to Colombian officials.

## United States v. Lopez Londono
## Case no. 10-CR-20763-LENARD

On or about April 23, 2010, the Defendant Henry de Jesus Lopez Londono met with agents of the United States government in Cartagena, Colombia. Although not in response to interrogation, the government is voluntarily making this disclosure. The following is a summary of those statements:

- The Defendant began explaining that he is cooperating because he knows that he is on a "Hit List" and in addition to inform on the people he works for and the movement of the organization.
- The Defendant explained that three individuals disappeared and one was shot by members of the Colombian National Police Metropolitan Unit, the DIJIN, and Police Officers impersonating DEA Agents. In this particular occasion, members of the DTO that had been safe guarding a stash location contacted members of this police group and related the intelligence. Once the Corrupt Police Group seized the drugs and money, they contacted the owner of the drugs to inform other members of the DTO are snitching in exchange for money. So far there are 3 individuals missing and one was gunned down.
- The Defendant stated that he has been working for over 20 years with Carlos Alberto RINCON-Díaz aka: CHICHARRON. RINCON works with a guy named Luis CUESTAS aka: "El Candao" who is business associate of Daniel BARRERA aka: "El Loco". The Defendant has been present when RINCON and CUESTAS were talking about meeting with "El Viejo Daniel" of "El Loco".
- The Defendant indicates that RINCON (his boss) is in charge of receiving all the cocaine coming from "Villavicencio", for its delivery to "Cartagena","Turbo"," La Guajira" and "Tumaco". The Defendant was asked about his participation in the organization. The Defendant stated that he would drive the trucks containing the cocaine, sometimes would drive the cars providing the security and also worked going to the farms and picking up the cocaine to be loaded into trucks; all that under the supervision of RINCON as instructed by CUESTA and BARRERA.
- According to the Defendant, CUESTA travels to the US, Mexico and Europe. The Defendant indicates that CUESTA was a police officer. The Defendant was asked about any properties belonging to CUESTA. The Defendant told agents that a house located in the south side of Bogotá, behind the SESCO School belonged to RINCON. Apparently before a shipment of cocaine was lost on September 2009 in "Buenaventura", that particular house was used to stash five (5) large duffle bags containing US Currency from "Los Llanos". After the cocaine was lost in "Buenaventura" RINCON was ordered to give the house to CUESTAs brother, who is also his accountant.
- According to the Defendant, RINCON and CUESTA have a location where they meet with Colonel Martinez assigned to Bogota Transit Unit. The Defendant also stated that RINCON has a trucking company with approximately 70 trucks that transport gasoline. When asked

000210

if he (Defendant) had telephone communication with RINCON. The Defendant indicated "No", all because he (Defendant) had been in prison and has only been 20 days since he (Defendant) was released, and in addition, once he was released that's when he found out he was on a "Hit List".

- The Defendant stated that during the month of September and/or October 2009, RINCON lost 4 cocaine loads with an approximate total of 3 thousand kilograms of cocaine. The first one was in "Plato Magdalena"; while the driver of the truck is waiting in line to cross the "Magdalena River", a car with several individuals (civilians) identified themselves as police officers, instructed the driver of the truck to get out, because they knew that he (truck driver) was transporting cocaine. Another was lost in Buenaventura. At that time agents asked him (Defendant) how he knows about RINCON losing the cocaine? The Defendant stated that his brother, the one who got killed, informed him about the loads. He also stated that another brother of his is on the run, because his brother provided intelligence to the police and they (Police) told RINCON and CUESTA about the people who were providing information.

- The Defendant informed that Oscar Alberto JEREZ-Pineda (a Cattle Rancher and part of the DTO) meets regularly with RINCON at a slaughter house called "Cuernavaca", located at "Ciudad de Cali" street in Bogotá. JEREZ also travels to meet with BARRERA, since he (BARRERA) doesn't utilize any type of electronic communication. The Defendant was asked if he knew JEREZ. The Defendant stated that he (Defendant) was the one who transported the cocaine for him (JEREZ) and RINCON. That JEREZ cocaine was picked up in "Acacias" near "Puerto López" and transported, sometimes to "Cartagena" and other times to "Tumaco". That the cocaine delivered to "Cartagena" will go to Mexico and the one delivered to "Tumaco" will go to the United States. He was asked how he (Defendant) knows this. He stated that the information was obtained by talking to the people in charge of receiving the cocaine in those areas; most of them are Paramilitary. Once the cocaine is unloaded it is loaded in 4x4 vehicles, Toyotas and Jeeps, and from there it was transported to the beach area. The cocaine delivered to "Tumaco" would be loaded in submarines. The Defendant indicated that on several occasions the cocaine was placed inside small aircrafts to be delivered to the US. He remembers that he heard that one air smuggling venture was lost cause the plane crash landed somewhere in or near the US.

- The Defendant told agents that Livardo DIAZ aka: "El Tío" or "El Viejo" was in charge of receiving the cocaine in "La Guajira".

- The Defendant also knew Danilo BUSTOS; according to him (Defendant) BUSTOS was an "Aguater" the person responsible of providing water to the cocaine producing laboratories. The cocaine labs belong to Daniel BARRERA and an individual by the name of "Topo", who is currently incarcerated at "La Picota".

- The Defendant told agents that the DTO would deliver and pick up large quantities of money, US Currency, on Toyotas X-5 vehicles bearing diplomatic plates. The Defendant stated that RINCON will provide the Defendant with a document bearing RINCONs

000211

fingerprint and signature with the amount of money that was schedule to be either picked up or delivered, and then another individual, driving a BMW with diplomatic plates, would follow the Toyota X-5 to the location. The place is located on Carrera 15th with 90th street in Bogotá. Once they arrived, the vehicles would enter the basement area and the drivers would go to the second floor where the currency exchange place is located. Once there, they would give the person in the exchange location the paper containing RINCON's signature and fingerprint and 4 to 5 duffle bags full with US Currency would be placed in the trunk of the vehicles. The Defendant stated that the diplomatic license plates are changed every three (3) months.

- The Defendant told agents that on several occasions he (Defendant would accompany RINCON to meet with BARRERA. He stated that once they (RINCON and Defendant) arrived at a location in "Acacias", farm where the Defendant would pick up cocaine, RINCON walked to a men sitting near a pool table, described as short, heavy set, long hair and beard. According to RINCON, that was Daniel BARRERA.
- The last time the Defendant transported cocaine for RINCON was in 2008. The Defendant told agents that in 2001 he lost a load in Venezuela, the cocaine belonged to Daniel BARRERA.
- The Defendant stated that there are two (2) individuals hiding that can assist with the corroboration of the intelligence.

## United States v. Lopez Londono
## Case no. 10-CR-20763-LENARD

On or about July 23, 2010, the Defendant Henry de Jesus Lopez Londono met with agents of the United States government in Cartagena, Colombia. The government is in the process of obtaining report(s) that summarize statements made by the defendant. Although not in response to interrogation, the government is voluntarily making the disclosure of these statements. The following is a summary of some of those statements:

- The Defendant indicated he had information of a 1800 kilogram load to Europe. He said he would wait to hear from ICE about what to do next.

000213

## United States v. Lopez Londono
## Case no. 10-CR-20763-LENARD

On or about July 23, 2010, the Defendant Henry de Jesus Lopez Londono met with agents of the United States government in Cartagena, Colombia. The government is in the process of obtaining report(s) that summarize statements made by the defendant. Although not in response to interrogation, the government is voluntarily making the disclosure of these statements. The following is a summary of some of those statements:

- The Defendant indicated he had information of a 1800 kilogram load to Europe. He said he would wait to hear from ICE about what to do next.