# COMPOSITE EXHIBIT "J"

-Notice of Withdrawal of Warrant-

<u>CERTIFIED INTERPRETING & TRANSLATING SERVICES, INC.</u>
<u>CERTIFICATE OF ACCURACY</u>
3 Island Avenue 3-H, Miami Beach, F.L. 33139
Ph. (786)888-8636 C. (305)490-9265 F. (305)675-7724
www.certifiedinterpreting-translating.net

I hereby certify that I, María del Pilar Fernández, am a professionally qualified translator, fully versed in the Spanish and English languages. I am a certified court interpreter, holding the Federal Court Interpreter Certification as well as the State of Florida Court Interpreter Certification, and a Master of Arts in Bilingual Legal Interpreting from the University of Charleston in Charleston, South Carolina. I am a member in good standing of the American Translators Association, the Association of Translators and interpreters of Florida and the National Association of Judiciary Interpreters and Translators. I attest that the foregoing is, to the best of my knowledge, ability and belief, a true and correct translation from Spanish into English of the document presented to me  written in the Spanish language  as the original or as a copy of the original.

Document Translated is as follows:
**Exhibit "J" – Notice of Withdrawal of Warrant**

Miami-Dade County, Florida, this sixth (28th) day of April, two thousand sixteen (2017).

MARIA DEL PILAR FERNANDEZ

STATE OF FLORIDA        )
MIAMI-DADE COUNTY   )

Sworn to (or affirmed) and subscribed before me this 28th day of April, 2017, by Maria del Pilar Fernandez.

Produced Identification  ✓   Type of Identification Produced: P655-544-82-552-1

Signature of Notary Public-State of Florida        Notary Seal:



Kimberly Acevedo
COMMISSION #FF924454
EXPIRES: October 24, 2019
WWW.AARONNOTARY.COM

[Rubber stamp:] 000029
[Rubber Stamp:] **POLICE OF ANT**
Date **06-23-2010**
Filed: **10-013937**

## MINISTRY OF NATIONAL DEFENSE
## NATIONAL POLICE

[EMBLEM OF THE NATIONAL POLICE OF COLOMBIA WHICH READS AS FOLLOWS:]
REPUBLIC OF COLOMBIA
NATIONAL POLICE
GOD AND COUNTRY

### POLICE DEPARTMENT OF ANTIQUIA

**Delivered to the CIHD**
[Rubber Stamp:] SEPT 29 2011
**Delivered to the CIHD**
[Rubber Stamp:] DEC 10 2012

Num. 012156 /CCMAN-ASJUR-29

Medellín, June 22, 2010

Mr.
**LUIS HERRY[SIC] HURTADO OCAMPO**
Carrera 13 No. 32-51 Torre 3 Oficina 504 Telephone number 3402208
Bogota, D.C.

In re: Response to Right to Petition

I respectfully write to you in response to your request regarding the exclusion of Mr. **HENRY DE JESÚS LÓPEZ LONDOÑO**, identified by Citizenship Identification Card Num.  71-721-132, from the Urabá   Most Wanted poster, pursuant to the following factors:

**First:** As you are aware, the poster of the "MOST WANTED BY THE POLICE OF ANTIOQUIA" was created by the Police Department of Antioquia on November 30, 2009, and   made public on December 10, 2009, date on which there was an arrest warrant against your client, Mr. **HENRY DE JESUS LOPEZ LONDONO**.

**Second:** A photocopy of Document Num. 00639-1, dated   March 9, 2010, subscribed by Mr. OCTAVIO CARRILLO CARREÑO, First Criminal Court Judge for the Specialized Circuit Court of Bogota, D.C., requesting the cancellation of the existing order against Mr. **LÓPEZ LONDOÑO** was received on June 5, 2010, thereby informing the Antoquia Police Command of same.

**Third:** Therefore, the   arrest warrant against   your client   is hereby canceled on the date of this response. Additionally, he will be   excluded from the digital and printed poster of the "MOST WANTED BY THE POLICE OF ANTIOQUIA". Simultaneously, notices have been   issued to each one of the police units where said poster, in digital or printed form.  may be exhibited, so that the search   may be canceled, the photograph and name of [illegible] of Mr. **HENRY DE JESÚS LÓPEZ LONDOÑO** thereby being excluded from same.

Cordially,

[Illegible signature]
Colonel **JORGE ANDRÈS RODRÍGUEZ BORBÓN**
Commander of the Antioquia Police Department

[Illegible text] ]                                                                                           BICENTENNIAL [LOGO]
                                                                                                              [Illegible text]
E-Mail: [illegible]@ [illegible] policia [illegible]
[Illegible text]
Calle 71 Número [illegible] -20 Telephone number: [illegible]
Page 1 of 1

[Illegible]                                                                                                   Approval [Illegible]

Case 1:10-cr-20763-JAL   Document 251-1   Entered on FLSD Docket 02/03/2017   Page 1 of 4

000029

MINISTERIO DE DEFENSA NACIONAL
POLICÍA NACIONAL

DEPARTAMENTO DE POLICÍA ANTIOQUIA

POLICIA DEANT
Fecha 23-06-2010
Radicado 10-011717

Entregado a la CIHD
29 SEP 2010

Entregado a la CIHD
10 DIC 02

No. 012155 /COMAN - ASJUR - 29

Medellín, 22 de Junio de 2010

Doctor
LUIS HENRY HURTADO OCAMPO
Carrera 13 No. 32-51 Torre 3 Oficina 504 teléfono 3452208
Bogotá D.C.

Asunto: Respuesta Derecho de Petición

De manera atenta me permito dar respuesta a su solicitud relacionada con la exclusión del cartel de los más buscados de Urabá al señor HENRY DE JESUS LOPEZ LONDOÑO identificado con la cédula de ciudadanía No. 71.721.132, bajo los siguientes parámetros:

**Primero**: Como es de su conocimiento el Cartel de los "MAS BUSCADOS POR LA POLICÍA DE ANTIOQUIA", fue elaborado en el Departamento de Policía Antioquia en la fecha 30 de noviembre de 2009 y publicado el 10 de diciembre de 2009, fecha en la cual existía orden de captura contra su apoderado el señor HENRY DE JESUS LOPEZ LONDOÑO.

**Segundo**: El 05 de Junio de 2010, se recibe y de conocimiento para el Comando de Policía Antioquia, fotocopia del documento No 00630-1 de fecha 00 de marzo de 2010, suscrito por el Doctor OCTAVIO CARRILLO CARREÑO, Juez Primero Penal del Circuito Especializado de Bogotá D.C. donde solicita cancelar la orden existente contra el señor LOPEZ LONDOÑO.

**Tercero**: Razón por la cual para la fecha de esta respuesta se procede a la cancelación de la orden de captura contra su morigerado, al tiempo de la exclusión del cartel digital y escrito de los "MAS BUSCADOS POR LA POLICIA ANTIOQUIA", el mismo tiempo que se emiten los comunicados donde se ordena a cada una de las unidades policiales donde existe exhibición, modo digital o escrito de dicho Cartel para que sea cancelada la búsqueda, se excluya su fotografía y nombre de datos del señor HENRY DE JESUS LOPEZ LONDOÑO.

Cordialmente,

Coronel JORGE ANDRES RODRIGUEZ BORBON
Comandante Departamento de Policía Antioquia

BICENTENARIO


DEFENDANT'S EXHIBIT C