```
                       UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA

                     CASE NO. 10-20763-CR-GRAHAM

  UNITED STATES OF AMERICA,
                                          Miami, Florida
               Plaintiff(s),
                                          February 7, 2018
        vs.

  HENRY DE JESUS LOPEZ LONDONO,
                                          Volume 01
               Defendant(s).              Pages 1- 17
  ------------------------------------------------------------

       TRIAL EXCERPT - OPENING STATEMENT OF ARTURO HERNANDEZ
              BEFORE THE HONORABLE DONALD L. GRAHAM
                    UNITED STATES DISTRICT JUDGE

  APPEARANCES:

  FOR THE PLAINTIFF(S):   ROBERT EMERY, AUSA
                          MICHAEL NADLER, AUSA
                          United States Attorney's Office
                          99 NE 4th Street
                          Miami, Florida 33132
                          robert.emery2@usdoj.gov
                          michael.nadler@usdoj.gov

  FOR THE DEFENDANT(S):   ARTURO V. HERNANDEZ, ESQ.
                          RAMON A. HERNANDEZ, ESQ.
                          Law Office of Arturo V. Hernandez, P.A.
                          40 NW 3rd Street, Suite 200
                          Miami, Florida 33128
                          avhlaw@bellsouth.net
                          rayhernandezesq@gmail.com


  REPORTED BY:            Jill M. Felicetti, RPR, CRR, CSR
                          Official Court Reporter
                          400 N. Miami Avenue, Suite 08S27
                          Miami, Florida 33128
                          jill_felicetti@flsd.uscourts.gov
```

1    (Excerpt)
2            MR. A. HERNANDEZ:  Good morning, members of the jury.
3    I want to introduce again the people who are sitting at the
4    defense counsel table this morning.  I know I already did it
5    once before, but I want to do it one more time.
6            My name is Art Hernandez.  I represent Henry Lopez
7    Londono.  Next to him is Ray Hernandez.
8            Where do we begin?  I think we begin with this
9    document.  This is the superseding indictment, and Judge Graham
10   will instruct you that this document is not evidence.  It is
11   simply the accusation.  And you can see that it's only three
12   pages long.  I want to read you a portion of it, and you will
13   get this when you go to deliberate this case after you hear all
14   the evidence in the case.  There is a portion of it that I want
15   to read to you.
16           It says that:  "In October of 2006 through February of
17   2012" -- you are talking about a six-year period, that's a
18   large block of time, right -- "that the defendant" -- in this
19   case Henry De Jesus Lopez Londono, Henry to us -- "conspired to
20   distribute a controlled substance intending that such substance
21   would be unlawfully imported into the United States."
22           Now, again, I repeat this is not evidence.  It is
23   simply the accusation.  But the fact that it is not evidence
24   doesn't mean that this document does not have enormous power.
25           Now, the document itself doesn't say on such and such

1  date a witness said this, on such and such date the defendant
2  did that.  It doesn't say any of that.  It just said he
3  conspired to distribute drugs with the intent to unlawfully
4  import it into the United States.  But this quite powerful
5  document is what caused my client who was living in Buenos
6  Aires, Argentina, with his wife and two minor children to be
7  extradited into the United States.  It is the document that
8  causes Henry to be sitting here answering this charge, this
9  six-year conspiracy, and it is, of course, the reason why I am
10 standing here talking to you and that you are sitting here.
11         So what I want you to know about this document -- what
12 I want you to know about this indictment are really three
13 things.
14         Number one, that it is based on a flawed, very flawed
15 investigation.  I would say to you that the evidence is going
16 to show that there wasn't even an investigation, that it is
17 based on manipulated facts, and I would say to you that the
18 evidence will be that there were outright fabrications.
19         You heard the judge say that I didn't have to prove
20 anything in this case because the burden of proof is on them.
21 You heard the judge say that I didn't even have to make this
22 opening statement, but I am going to prove things in this case.
23 In fact, I can list them for you.  I am going to prove five
24 things.
25         Now, understand something.  When a trial lawyer like

1  me stands up in front of a jury and says this is what I am
2  going to prove, and I am going to prove it.  I am going to
3  prove it by the documents, I am going to prove it by my
4  cross-examination of the government witnesses, and I am going
5  to prove it by the witnesses that you are going to hear from in
6  my case.  It's not like a politician who makes a promise and
7  then the electorate goes out and conducts an election.  I have
8  to prove these things before you go back into the jury room and
9  vote.  So I have to be very, very careful and very sure of what
10 I am going to say.
11         Those of you who have notes and you want to take
12 notes, here are the five things:
13         One, public authority.  That's the first thing I am
14 going to prove and perhaps the most important.  There is a
15 defense in our laws called the public authority defense.  That
16 means if you are working for the federal government and they
17 ask you to do certain things, like to conspire, you are
18 insulated from liability.  That's number one.
19         The number two thing that I am going to prove --
20         And by the way, I am going to prove that Henry was
21 authorized.  That is the central question that you are going to
22 have to decide whether or not there is a reasonable doubt.  The
23 central question was he authorized to conspire or not.  We say
24 he was; they say he wasn't.  You will decide.
25         Number two, innocent intent.  What does this mean,

1  innocent intent?  What am I talking about here?  The fact is
2  that we are going to prove that Henry believed in his mind that
3  he was authorized, and there is going to be a ton of evidence
4  to support that it was reasonable for him to believe that he
5  was authorized to conspire.  I am going to come back to each of
6  these but I want to list them, but I just want to tell you that
7  for two reasons for now why he had innocent intent.
8      Believe me, you will hear at the end of the case when
9  the judge instructs you, that criminal intent is an essential
10 element of the crime that they have to prove.  So if you
11 determined that Henry had innocent intent, that's an acquittal
12 because intent is an essential element of the crime that has to
13 be proven beyond and to the exclusion of reasonable doubt.
14     There is going to be plenty of evidence that it was
15 reasonable for him to believe that he was authorized and that
16 he had a public authority defense because they told him -- the
17 agents, and I will get back to this -- but there is a third
18 thing, and that is -- I take no pleasure in saying this -- he
19 was betrayed.  Betrayal.  He was stabbed in the back by our
20 government.  And when I say that he was stabbed in the back,
21 what do I mean?  He was left in the lurch in Colombia after two
22 years of risking his life in the jungle and providing evidence
23 about the worst people in the world who are now government
24 witnesses.  That's the irony.  With his life on the line, he
25 was left without any protection.  The bad guys would eventually

1  find out that he had been leaking information to the feds and
2  they would have killed him and they would have killed his
3  family because that's the way it works, and he was left without
4  any kind of patronage from our government because our
5  government decided to stab him in the back.  Put a little knife
6  there, and that's what happened.  But it gets worse.  After the
7  betrayal the agents destroyed the evidence of his public
8  authority defense.
9          So we had destruction of evidence, and there was a
10 coverup.  The destruction of the evidence came in the form of
11 five government telephones.  These are five BlackBerry phones.
12 This is critical.  We are not talking about Henry's phones.  We
13 were lucky enough that Henry was able, when he escaped from
14 Colombia, to secret out one of these phones, and we are going
15 to be able to introduce that phone, but forget about Henry's
16 phone for just a moment.  It's the contents of Henry's phone.
17 How they get up here with a straight face and say Henry wasn't
18 authorized.  When you see in the text messages how they are
19 encouraging him, they knew that he was -- that he had
20 infiltrated the Urabenos.  They applauded him.  They said great
21 job, keep doing it -- that we were able to save -- so you will
22 hear that.
23         But I am talking about the five government phones
24 because you see, when you are in the jungle and you are in one
25 of these criminal organizations and you have got people all

1    around you with AR-47s and/or AK-47s, whatever, you can't be
2    texting agents and sending them messages, Hey, Ontoniel is
3    going to do a run, because if you get caught doing that, that's
4    the end of your life.  So it had to be done very
5    surreptitiously and very carefully.  But these messages
6    occurred and they occurred between the dates of approximately
7    April of 2009 all the way through, I would say, March of 2010.
8    That was the main basis, not the only, but the main basis of
9    communication between the ICE agents, HSI agents, and Henry
10   when Henry was in the field.
11          These agents were managing him by BBM messages, and
12   after it became clear -- and I will explain -- it goes to
13   number three why there was a betrayal -- these phones were
14   destroyed -- after it became clear that Henry was no longer
15   going to be protected, it became clear that the DEA and ICE,
16   knowing that there was a public authority defense, knowing that
17   there were communications where they were giving instructions
18   to Henry, destroyed five BlackBerry phones and their contents.
19          The fifth thing that I am going to prove is what I
20   call the insufficiency of evidence.  These are the five things
21   that I am going to prove.
22          Now, this last one, you just heard about 19 witnesses
23   that are going to be called by the government.  I assure you
24   that there will not be a single witness who isn't a drug
25   trafficker sitting in jail who wants to get out of jail.  Maybe

1    one exception to that, all of them -- all of them have deals,
2    every single one.  So you have to understand under the public
3    authority defense we come to you and we say, Look, yes, we
4    conspired.  So we conspired, but the reason we conspired is
5    because they asked us to conspire.  The government asked us to
6    conspire.  That's the reason.
7            So there are a certain amount of facts that are going
8    to have to be admitted by us because you cannot infiltrate a
9    criminal organization, be it the Urabenos or the mafia, and not
10   engage in a certain amount of criminal activity.  You just
11   can't do it because if you don't do it, you die.  Simple as
12   that.  It's not difficult to understand.
13           So in order for Henry to get the information that he
14   was tasked -- you don't have to take my word for it.  We got
15   the emails from the government.  These tasks he had to act the
16   part or the role of a member of the Urabenos.  But in the
17   years -- and the government claims that they started
18   investigating Henry apparently because of the indictment from
19   2006, right, a six-year period.  What was it that Mr. Emery
20   said to you, that he distributed thousands of thousands of
21   kilos of cocaine again and again and again.
22           MR. EMERY:  Objection, your Honor.  Argumentative.
23           THE COURT:  Overruled.
24           MR. A. HERNANDEZ:  Show me one kilo, members of the
25   jury.  That's the question you need to ask.  One picture of one

1    kilo, one gram of cocaine as evidence in this case.  They had
2    two informants, paid informants.
3            You remember during voir dire that they said does
4    anybody object to rewards?  Well, now I am going to tell you
5    why they asked you those questions because the snitches in this
6    case, one of them received $224,000 of taxpayer money -- I am
7    going to prove that -- who the government is calling as a
8    witness.  The great irony, members of the jury, is that we are
9    going to prove that the witnesses that are going to be brought
10   into this courtroom, the 19 snitches that are in jail, members
11   of the jury, my client gave information about all of them, and
12   they know it.  They know that he betrayed them.
13           So six-year conspiracy, two informants being paid
14   thousands upon thousands of dollars, they had 25 meetings with
15   other people, all of them recorded and not a single meeting
16   with Henry that's recorded?  Not a single videotape?  Not a
17   single audiotape?
18           That's the objective evidence in this case.  It
19   doesn't exist.  Everything is made up by people desperate to
20   get out of jail.  There isn't one fact witness who is going to
21   come in and testify who doesn't have an enormous motivation to
22   curry favor with those folks right there, because they hold the
23   key.
24           So I am going to go back.  I need to discuss this with
25   you a little bit.  Why is it that Henry decides, as Mr. Emery

1    said that he decides that he wants to cooperate?  Did that
2    happen out of the blue?  No, it didn't happen out of the blue.
3         Henry was born in the year 1971 in Medellin, Colombia,
4    at a time when Colombia was involved in a horrible civil war
5    between communist insurgents and paramilitary forces.  He was
6    directly affected by this because Medellin was the center of a
7    lot of the fighting and the young men were either recruited for
8    one side or the other side.  Henry was a young man at the time
9    when this is happening.
10        This is difficult for us to understand.  Maybe this is
11   difficult for some of us to understand in this case, but that's
12   what the evidence is going to show.  Henry did, in fact, join
13   the AUC.  So why is that important?  It's very important
14   because at one point the Colombian government wanted to bring
15   an end to the AUC and the war between the AUC, the Colombian
16   government, and the FARC, the communist insurgency.  He
17   developed a plan called the Justice and Peace Plan.  Henry, who
18   was, in fact, a member of a block called the Centauros of the
19   AUC, did demobilize in the end of the year 2005.
20        Please keep in mind Henry was in a detention camp from
21   2005 -- end of 2005 until 2006.  That's one year of the
22   indictment that he was in detention by the Colombian government
23   during this period of time.  So that takes an entire year out
24   of one-sixth of the time period.
25        At the end of 2006 -- and by the time the end of 2006

1    came along, Henry had made declarations to the Colombian
2    government about corruption, at the highest levels of the
3    Colombian government that involved an individual who was at the
4    time the director of the Colombian National Police whose name
5    is General Oscar Naranjo.  This is documented, right, and when
6    he is released he was released from the detention camp called
7    *la orquidia*, the orchid in English.  He was able to come back
8    to civil society, and for reasons that will be more fully
9    fleshed out during the trial, he had to leave Colombia, and he
10   left Colombia with his wife, who was pregnant at the time, and
11   another small child and they went to Argentina seeking asylum
12   to get away from the situation in Colombia.
13           MR. EMERY:  Objection, your Honor.  Objection.
14           THE COURT:  One moment.  One moment.
15           This is testimony that you will be presenting in your
16   case in chief?
17           MR. A. HERNANDEZ:  Absolutely.
18           THE COURT:  Overruled.
19           MR. A. HERNANDEZ:  So he goes to Argentina, but his
20   situation is not settled.
21           What we are going to prove is that Henry had an
22   incredibly difficult situation that he had to handle.  He
23   couldn't go back to Colombia.  His situation in Argentina was
24   very unstable.  He asked for asylum, but he only got a partial
25   asylum.

1           So at that point in time there was a man by the name
2    of Carlos Mario Garcia.  He is a peripheral player in this
3    story, but nonetheless very important because Carlos Mario
4    Garcia introduces Henry to a man named Roberto Luna.
5           Now, you will recall that Mr. Emery said that he was
6    never authorized, that he never met with the IRS.  One part of
7    that is true; one part is absolutely false.  The part that is
8    false is that he was authorized by the IRS.  The part that is
9    true is that the IRS agents never met with Henry, but what
10   Mr. Emery didn't tell you is that the IRS met with Henry's
11   lawyer.  Actually, with two of them, one who will testify in
12   this case, Eduardo Hernandez in Colombia, and the other one, a
13   man, another lawyer, an American lawyer by the name of Aldo
14   Spicacci.  They met in Miami, and the reason why they met in
15   Miami is because Henry did not want to abandon Argentina unless
16   he could confirm that the IRS agents that he was talking to
17   were official agents.  So he hired an American lawyer to meet
18   with the IRS and get the details of what he was supposed to do.
19   My God, that meeting took place, and it took place in the early
20   part of 2009.
21          Let's get back to this guy Luna.  Who is this guy
22   Luna?  You recall during jury selection you were asked would
23   you hold it against us if some guy comes in with a baseball cap
24   and sunglasses and a phony beard and a phony mustache?  You
25   remember that questioning?  They are referring to Roberto Luna.

1  It's not even his name.  It's a phony name.  They are not
2  calling him as a witness; I am calling him as a witness.  And
3  who is this guy?  This guy is a paid informant back in 2008 for
4  the IRS.  He is the guy who was recruiting Henry to be a
5  government informant.
6      There were discussions with him, and you know what, we
7  got lucky again because that informant, who has a contract with
8  the IRS, he is an agent, right?  We have the emails.  We are
9  going to go through them.  It's clear that this agent who works
10 with the IRS, who has been paid I don't know how much money,
11 who is a recruiter for the IRS, he was interested in two
12 things.  He was interested in recruiting Henry because Henry,
13 in fact, had been an AUC member, but he was also interested in
14 money.  He wanted Henry to produce $2 million, and it's in the
15 emails.
16     Why do you think he was doing that?  He makes a big
17 deal about drug traffickers wanting money.  Well, this
18 informant, who is their witness, who works for them, was
19 interested in getting a commission on those $2 million.  We
20 don't know yet how much he's been paid.  It's going to be
21 interesting to find out because I am asking those questions,
22 how much he was paid, but the bottom line is we have the
23 emails.  The bottom line is that Henry was recruited by that
24 individual through his friend who lived in Argentina named
25 Carlos Mario Garcia.

1          That's why I mentioned the name of Carlos Mario
2     Garcia, and the reason why Henry did it was because he was
3     scared that his asylum would not be granted in Argentina, and
4     he felt that if he risked his life, he infiltrated the
5     Urabenos, that he produced money and he produced CPOTs -- CPOTs
6     are Consolidated Priority Organizational Targets.  It's a term
7     that is used by the DEA and by the ICE agents about getting big
8     drug dealers.  Henry said I could do this.  He had a discussion
9     with his wife, and he said I have to do this.  He took -- after
10    he sent his lawyer to Miami and the lawyer confirmed it's
11    official, there is a project, it's a proposal -- and they use
12    those words project and proposal -- Henry decided
13    surreptitiously to go back to Colombia, and that's how Henry
14    infiltrates the Urabenos.
15         Now, I want to go back to this, and that's the reason
16    why Henry does it.  He did it to defend his family.  He did it
17    to find a home in a safe place for his family to live, the
18    United States.  You will see in the emails that that's
19    discussed.  In fact, they asked him for his IDs and the IDs of
20    his family members.  The ICE agents, they put in a request
21    before it all went to hell in a hand basket, and that's what
22    brings us to -- oh, and the reason why Henry has innocent
23    intent is twofold.
24         Number one, because this guy Luna told him that he was
25    authorized, and his attorney told him that he was authorized.

1  There is a concept in the law called good faith reliance on
2  legal advice, and it's part of what you are going to hear, that
3  Henry was told by two different lawyers, three different
4  lawyers, Eduardo Roberto, his Colombian lawyer, Aldo Spicacci,
5  his American lawyer who subsequently was substituted by another
6  lawyer out of Houston whose name a Erik Sunde, that it was okay
7  that the government was onboard.
8      You hear that phrase "onboard."  It's all over the
9  emails, "We are all onboard.  We are all onboard."  The
10 betrayal.  Betrayal.  Why?  What happened?  I think you can
11 point -- or we are going to point to three different reasons
12 why this happens.
13     Number one, there was political pressure from the
14 Colombian government because Henry had stepped on some big
15 toes.
16     The second factor that we are going to prove is that
17 the DEA had absolute distain for the ICE agents who were
18 managing this project of infiltration, and they felt slighted
19 because they feel and felt that Colombia was their backyard and
20 that ICE was intruding, basically, on their territory.  You
21 don't need to take my word for it.  It's in the documents that
22 we got.  So there was a big fight between ICE, Immigration and
23 Customs Enforcement, and DEA that resulted in this.
24     You heard about rewards.  I could tell you that my
25 client -- so that betrayal, that betrayal, three things:

1    Political pressure from Colombia; number two, the conflict
2    between ICE and DEA; and three, good old-fashioned careerism
3    and personal ambition.  That's the reason that this document
4    exists, this three-page document.
5         The final thing -- I discussed this with you -- I
6    think I pretty much laid out -- I do want to make a point.
7    There are a lot of witnesses in this case.  They have made a
8    lot of statements.  They are all in jail.  They are all drug
9    traffickers.  But you notice, and you will notice, that the
10   timing of when these statements start to be made come only
11   after -- mostly after the year 2010 when Henry has already
12   become a target of the DEA.  That is part of the reason why I
13   say and I said to you here in the destruction and the coverup
14   of evidence that Henry is a victim of an enormous magnification
15   of his status because it had to be that way in order to kill
16   the project.  These snitches, who are going to come in and
17   testify, they all testified and made statements about Henry
18   after Henry had already been indicted and not before, the great
19   majority of them.
20        I think I am almost finished in laying out what this
21   case is about.  There is a lot more, but I do want to say a
22   final word about evidence in this case.
23        As you know, I painted a little knife here and I said
24   the government had stabbed Henry in the back, and it's true,
25   they did, and that knife is still in his back.  When I prove

```
 1   these five things I am going to ask that you take that knife
 2   out and you return Henry back to Doris and his two kids in
 3   Argentina.
 4            Thank you very much for your time.
 5            (Excerpt concluded)
 6                      C E R T I F I C A T E
 7
 8       I hereby certify that the foregoing is an accurate
 9   transcription of the proceedings in the above-entitled matter.
10
11
12   March 5, 2018              /s/ Jill M. Felicetti
                                Jill M. Felicetti, RPR, CRR, CSR
13                              Official Court Reporter
                                400 N. Miami Avenue, Suite 08S27
14                              Miami, Florida 33128
                                jill_felicetti@flsd.uscourts.gov
15
```